

**Foreign entity nation state:**
Full Faith and credit valid



UNITED STATES DISTRICT COURT
of the Southern District of Florida

EDDIE ALEXANDER BANKS™, PLAINTIFF

v.

SHENANDOAH GENERAL CONSTRUCTION CO.,
MARGARET LARY;
DANIEL J. DIMURA, DEFENDANT

CASE #

**12-CV-60245-WILLIAMS/SELTZER**

Eddie-Alexander: Banks, Third Party Plaintiff
V.
SHENANDOAH GENERAL CONSTRUCTION CO.,
Margaret Lary;
Daniel J. Dimura, DEFENDLAINT

IN ADMIRALTY
MARITIME TORT

**ENFORCE FOREIGN JUDGMENT**

STATE OF FLORIDA      )
                      )    SS
COUNTY OF BROWARD     )

Now comes Eddie-Alexander: Banks appearing before the undersigned authority without prejudice having firsthand knowledge gives acknowledgement in truth, deposes and states:

1. That I am of age of the majority having firsthand knowledge of the matter being entered.

2. That I am Third Party Judgment creditor.

3. An offer of contract demand of performance was laid by judgment debtors that was conditionally accepted upon proof of claim by Judgment creditor.

4. Judgment debtor failed to prove their claim but compelled performance by levy of private secured property. Judgment Debtors were informed and accept the penalty of the sum certain amount stated in the paper work that is now due with failure to prove their claim.

5. Judgment Creditor has consummated a private administrative process, now proceeds to the public side having invoked through a notary for a private administrative process, having the following established as documentary proof on and for the record:

6. COMMERCIAL AFFIDAVIT-AFFIDAVIT OF NOTICE, DECLARATION, AND DEMAND FAIR NOTICE AND WARNING OF COMMERCIAL GRACE-NOTICE OF NON-JUDICAL PROCEEDING, was filed with the Broward County Commission CFN#110253253. A true and correct copy is attached herewith as Exhibit "A"

7. Judgment Creditor has exhausted his administrative remedies;

8. Accepted Private, commercial, and judicial summary judgment and judgment in estoppel on the law, facts, and money. Their stipulations established by the foregoing process include their admission and confession, i.e., "confession of judgment," that:

a. The Judgment creditor is the creditor and not a debtor concerning the transaction;
b. There is no evidence that they are the creditor;
c. They owe Judgment Creditor, the sum-certain amount set forth in the paperwork;
d. They have failed to state a claim upon which relief can be granted;
e. Judgment Creditor has filed the administrative judgment with the appropriate Recorder, and thereafter recorded NIHIL-DEFAULT JUDGMENT CFN#110413109; A true and correct copy is attached herewith as Exhibit "B" and
f. A final judgment on a UCC-1 #201205950182-CFN#110495068. A certified copy is attached herewith as Exhibit "D"

9. ~Final Judgment~ Judgment Creditor invokes the principle of acquiescence by silence, i.e., by the terms and conditions of the interchange, the judgment debtors failure to respond within the time frame allow for them to prove their claims constitutes their stipulation (agreement) that your position is true, correct, and complete in entirety, awarded to Judgment Creditor a total sum curtain amount of $ 10,000,000.00 against the Judgment debtors.

10. Judgment Creditor filed Notice of Maritime Lien against each debtor in the Public Record CFN#110413110, CFN#110413111, CRN#110413112. Exhibit "1,2,3"

11. Pursuant to Fla. Stat.§ 55.503(1) December 28,2011, Judgment Creditor duly recorded the Final Judgment captioned Notice of Bona fide Judgment in Broward County CFN#110461550. A certified copy is attached herewith as Exhibit "C"

12. Pursuant to Fla. Stat.§ 55.503(1) December 28,2011, Judgment Creditor duly recorded a Writ of Fieri Facias setting forth the names of the Judgment Debtors and current address. A certified copy is attached herewith as Exhibit "E"

13. After the final Judgment was recorded with the Broward County Commission and sent first class mail to judgment Debtors the judgment debtors has not filed an answer.

14. Judgment creditor is entitled to the enrollment of said Foreign Judgment for recognition as a matter of law as required that full faith and credit be given in each State to the public Acts and Records.

"The Code is complimentary to the common Law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the common law, unless there is a clear legislative intent to abrogate the common law." (UCC 1-103.6)

Eddie Alexander: Banks, Administrator
Secured Party Creditor

Date: _February 7, 2012_

_Certificate of Acknowledgement_

Witness _____

Witness _Brad W_____

CFN # 110253253
OR BK 48159 Pages 399 - 422
RECORDED 09/06/11 02:40:41 PM
BROWARD COUNTY COMMISSION
DEPUTY CLERK 1037
#1, 24 Pages

Eddie-Alexander: Banks
c/o General Delivery
Non-Domestic
Ft. Lauderdale, Fl.
[33310]

*Equality under the law is paramount and mandatory by law.*

**COMMERCIAL AFFIDAVIT**
**AFFIDAVIT OF NOTICE, DECLARATION, AND DEMAND**
**FAIR NOTICE AND WARNING OF COMMERCIAL GRACE**
**NOTICE OF NON-JUDICIAL PROCEEDING**
**THIS IS A U.S. S.E.C. TRACER FLAG, NOT A POINT OF LAW**

**A SECURITY (15 USC)**

**COMMERCIAL AFFIDAVIT**
**U.S. S.E.C. TRACER FLAG**
**NOT A POINT OF LAW**

| | | |
|---|---|---|
| **STATE OF FLORIDA** | ) | |
| | ) | **ss:** |
| **COUNTY OF BROWARD** | ) | |

**CERTIFIED MAIL NUMBER**

**TO:**   SHENANDOAH CONTRUCTION CO., et. al.
EIN 59-1707673
Agent(s) Daniel J. Dimura, et. al. and Margaret Lary, et. al.
1888 NW 22ND ST.
POMPANO BEACH FL 33069

7005 1820 0002 4117 8701

Margaret Lary, et. al.
7166 NW 49TH COURT,
LAUDERHILL, FLORIDA 33319-3445

7005 1820 0002 4117 8718

Daniel J, Dimura, et. al.
2231 N CONFERENCE DR.
BOCA RATON, FLORIDA 33486-3138

7005 1820 0002 4117 6363

U.S Treasury
1500 Pennsylvania Ave. NW
Washington D.C. 20220

7005 1820 0002 4117 6387

Invoking clause! …The Option to Accelerate secured transaction at will in interest for payment or performance or require collateral or additional collateral "at will" based on the embodied affidavit of fact. This clause was sighted in affidavit of notice of default dated May 10th, 2011. Statement #29.

CIVIL REMEDIES; PRESERVATION: The omission to specify or affirm in this Code any liability to damages, penalty, forfeiture, or other remedy imposed by law and allowed to be recovered or enforced in any civil action or proceeding, for any act or omission declared punishable herein, does not affect any right to recover or enforce the same.

I, Eddie-Alexander: Banks, (by any special conditions of standing, i.e. a trustee of a trust) do solemnly swear, declare, and depose:
    1. THAT I am competent to state to the matters set forth herein.

    2. THAT I have personal knowledge of the facts stated herein.

    3. THAT all the facts stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness, I will testify to their veracity.

    4. THAT the eternal, unchanged principles of Commercial Law are:
        a) A workman is worthy of his hire. (thou shalt not steal)
        b) All are equal under the law. (no one is above the law)
        c) In Commerce, truth is sovereign. (thou shalt not bear false witness)
        d) Truth is expressed in the form of an affidavit.
        e) An unrebutted affidavit stands as truth in Commerce.
        f) An unrebutted affidavit becomes the judgment in Commerce.
        g) All matters must be expressed to be resolved.
        h) He who leaves the battlefield first loses by default.
        i) Sacrifice is the measure of credibility (no willingness to sacrifice = no liability, responsibility, authority or measure of conviction)
        j) A lien or claim can be satisfied only through an affidavit by a point-for-point rebuttal, resolution by jury or payment.

    5. THAT Commercial processes (including this Affidavit and the required responses to it) ARE NON-JUDICIAL and pre-judicial because:
        a) No judge, court, government or any agencies thereof, or any other third parties whatsoever, can abrogate anyone's affidavit of truth; and
        b) Only a party affected by an affidavit can speak and act for himself and is solely responsible for responding with his own affidavit of truth, which no one else can do for him.



6. THAT the lawful seizure, collection, and transfer of ownership of money or property must be effected by a valid Commercial Lien which must contain certain elements in order to be Commercially valid, to wit:

　　　　a) The lien instrument must obviously, patently, and evidently be a LIEN by being clearly and explicitly titled "LIEN," "CLAIM OF LIEN," or "DECLARATION OF LIEN," is mandatory, by its exhaustive Commercial content (full disclosure) as follows in b), c) and d);

　　　　b) The lien instrument MUST CONTAIN a notarized hand-signed affidavit, for which the issuer is commercially liable, containing a plain statement of fact disclosing how the obligation of the lien was created, attesting that the commercial condition is true, correct, and certain;

　　　　c) The lien instrument MUST CONTAIN a ledger or bookkeeping statement connecting purchases, services rendered, and/or injuries sustained, with a claim of obligation such that each purchase, service, and/or injury is presented in a one-to-one correspondence with its partial claim of obligation. The partial obligations are then totalled to obtain the total obligation. This is called a "True Bill in Commerce."

　　　　d) The lien instrument MUST CONTAIN a statement, either specific or general, of the property being seized from the lien debtor to satisfy, or to guarantee satisfaction of, the obligation of the lien.

　　　　e) A NOTICE OF LIEN to be valid MUST CONTAIN a clear statement as to where the lien is filed, where it can be found and how a copy can be obtained.

7. THAT I am not the creation or chattel property of any person or any government agency whatsoever. I am not under any obligation whatsoever to any governmental agency, state or federal, or any of their self-passed laws, statutes, regulations or policies.

8. THAT any and all of the various papers, documents, adhesion contracts, or "agreements" I may have signed with any government agency or entity or any others that might be construed to indicate a conclusion contrary to my herein-below assertions were made, signed by me on the basis of mistake due to lack of full disclosure creating a deliberate lack of full knowledge, a deliberate action of fraud, non-disclosure, concealment of material fact, and misrepresentation. Such action thereby creates a stressful situation of duress and intimidation, vitiating all documents by such action of fraud.

9. THAT it is the sincerest belief, religious and spiritual conviction of this Affiant that slavery and peonage are immoral, are violations of the First Precept of Commercial Law (a workman is worthy of his hire, "Thou shalt not steal"), that fraud, misrepresentation, nondisclosure, intimidation, deceit, concealment of material fact, lying, and treachery are morally wrong.

10. THAT I have absolutely no desire whatsoever to be a (slave) of any Corporation or Fictions entity, or any Principals, or be directed by, subject to, or accountable to any parties other than my own conscience and best judgment for the purpose of preserving inviolate my unalienable/inalienable rights to life, liberty, freedom and property while engaging in the honorable, productive, and non-harmful activities of my life.

11. THAT I, Eddie-Alexander: Banks am the sole and absolute owner of myself, my body, and my estate, and possess unconditional, allodial, sovereign title thereto, and that I abjure, renounce, forsake, and disavow utterly and absolutely now and forever all presumptions of power, authority, or right by



any Corporation or Fictions, its Principals, over the rights, life, liberty, freedom or property of this Affiant from whatever source presumed or derived.

12. THAT NO COMMERCIAL PAPERWORK or COMMERCIAL AFFIDAVITS have been furnished or supplied to me, Eddie-Alexander: Banks, by Danny Dimira or Margaret Lary, SHENANDOAH CONTRUCTION CO. 1888 NW 22ND ST. POMPANO BEACH FL 33069 or any others that created the so-called liability.

13. NOTICE OF ACCEPTANCE.     Affidavit of fact supporting event.

A). On September 1, 2011 Eddie-Alexander: Banks herein, affiant reported to work. Were I was informed that he would be physically tunneling under a building. Affiant was asked by Danny Dimira you can do that you seen it done before. Affiant stated, he has the ability to do it.

B). THAT Affiant took notice of the crew three individuals, and stated the crew was one man short. Two in the hole one relaying communication to the truck operator.

C). THAT Affiant arrived at the job site and request additional compensation of $100 to tunnel under a building.

D). THAT Danny flies off the handle and yelling and uttering curs words. Affiant repeatedly requested for Danny to calm down there no need for yelling and cursing.

### Transcript

| | |
|---|---|
| Eddie: | We need to talk. I'm requesting we be given $100 added compensation associated with  this risk of tunneling. |
| **Danny:** | **Uhh well, see ya pack it up your done. This is bullshit. I can't believe you are pulling this shit now. You are done go.** |
| Eddie: | Pulling what? Danny calm down I'm only making a request. I am not refusing to work. There is no need to be yelling and cursing at me. |
| **Danny:** | **Are you going to work for the hourly rate? yes or no, without a discussion about it?** |
| Eddie: | Were going to discuss it now or later. |
| **Danny:** | **We can discuss later.** |
| Eddie: | That's all you had to say all this "hooffily" and what you are doing is unnecessary. |
| **Danny:** | **na na this is bull crap you don't come to a job and ask for extra money.** |
| Eddie: | By your words to do not tunnel under houses because of safety. |
| **Danny:** | **I don't want to here another word about it.** |
| Eddie: | You are not going to shut me down. I'm a grown man. I want you to communicate with me like a man. |
| **Danny:** | **I'm a grown man too. Your fired get off my job right now, off my job, get off my job drive back to the yard punch out your fired. End of** |



| | |
|---|---|
| | discussion. |
| Eddie: | So why am I fired? |
| **Danny:** | **For yelling at my jobsite. For trying to get extra compensation on a jobsite, and not doing your job when told to do it.** |
| Eddie: | Really? |
| | I'm going to give you 72 hours to reconsider that |
| **Danny:** | **"... I don't care what you give me."** |

<div align="center"><em><u>END TRANSCRIPT</u></em></div>

14. THAT the obligation amount of **$10,000,000.00** each. Security Agreement **S201109.2** attached herein.

15. THAT I, Eddie-Alexander: Banks the Undersigned, herewith and herein demand of ALL PARTIES involved in anyway in this so-called cause of action, who attempt or continue to proceed against me or my properties in the instant cause of action in any way, furnish answers to the following:

  a) Where is the real and true Commercial Paperwork bearing on this instant matter that made me liable?

  b) Where are the real, true, proper and lawful assessments bearing on this instant matter that I am said to be liable?

  c) Where is the itemized statement, ledger and accounting for services rendered with respect to this instant matter?

  d) What or who are the Parties engaging in fair business practices in the instant matter?

  e) Where is the full disclosure bearing on all matters pertaining to this instant matter?

  f) Where is the clean hands?

  g) Where is the good faith action?

  h) Where are the truth, mercy, grace, and all similar just and virtuous qualities and proceedings based on them that are supposed to inhere in commerce and the Uniform Commercial Code?

16. THAT all parties who act against this Affiant on their alleged basis must produce the Commercial Affidavits of TRUTH, sworn by the claimants to be "true, correct, and complete (certain)," which prove the origin and foundation of their claims and include providing the contract(s) or agreement(s) with the signature of this Affiant thereon wherein this Affiant has knowingly, intentionally, and voluntarily, in full legal and lawful capacity, agreed to waive or surrender rights to any corporation or factious entity," or agreed to become subject to or the slave or property of said entities in any way or in any jurisdiction whatsoever.

17. THAT the foundation of Commercial Law, being based on certain eternally just, valid, and moral precepts, has remained unchanged for at least six (6) millennia. Said Commercial Law forms the underpinnings of Western Civilization if not all Nations, Law, and Commerce in the world, is NON-JUDICIAL, and is prior and superior to, the basis of, and cannot be set aside or overruled by, the laws and statutes of any governments, legislatures, quasi-governmental agencies, or courts. It is therefore an inherent obligation on all Authorities, Officials, Governments, Legislatures, Governmental or Quasi-governmental Agencies, Courts, Judges, Attorneys, and all aspects and Agents of all Law Enforcement Agencies to uphold said Commercial Law, without which said entities are violating the



just basis of their alleged authority and serving to disintegrate the society they allegedly exist to protect.

## CONTRACT OF LIABILITY FOR ALLEGATIONS

18. THAT I, Eddie-Alexander: Banks, the Undersigned Affiant, depose and certify that I have written the foregoing with intent and understanding of purpose, and believe the statements, allegations, demands and contents herein to be true, correct, and complete, commercially reasonable, and just, to the best of my knowledge and belief.

**NOTICE TO PRINCIPALS IS NOTICE TO AGENTS.**
**NOTICE TO AGENTS IS NOTICE TO PRINCIPALS.**
**EXODUS 20:15, 16.**

FURTHER AFFIANT SAITH NOT.

DATED: _Sep 2, 2011_

_____
Eddie-Alexander: Banks, Affiant

WITNESS my hand this _2nd_ day of September, 2011

| STATE OF FLORIDA | ) |
|---|---|
| | ) ss: |
| COUNTY OF BROWARD | ) |

On this _2nd_ day of _SEPTEMBER_, 2011, before me, the undersigned Notary Public in and for the State of Florida, appeared Eddie-Alexander :Banks, ( ) personally known to me or ( ) proved to me on the basis of satisfactory evidence, to be the person whose signature appears in the within instrument and acknowledged to me that he executed it.

Witness my hand and official seal:

NOTARY PUBLIC STATE OF FLORIDA
Charles Hendricks
/s/ Commission # EE112807
Expires: JULY 17, 2015
BONDED THRU ATLANTIC BONDING CO., INC.

NOTARY PUBLIC
_____

EXPLANATION SHEET TO BE ATTACHED TO EVERY COMMERCIAL INSTRUMENT OF FILING BEARING THE U.S. S.E.C. TRACER FLAG CONTAINING THE PHRASE "A SECURITY — 15 USC" This EXPLANATION SHEET is to be attached to all Commercial Affidavits, including Affidavits of Obligation (Commercial Liens), which are non-judicial consensual processes which arise out of a breach of special performance (e.g., for public officials' breach of oath of office, a violation of the Constitution for the United States of America and respective state Constitutions.)
The notice as follows below is included for the purposes of FULL DISCLOSURE (UCC), and as a warning noted by the flag for commercial grace at the top of the instrument.



\* \* \* \* \* \* \* \* \* \* \* \*

**COMMERCIAL AFFIDAVIT**
**AFFIDAVIT OF NOTICE, DECLARATION, AND DEMAND**
**FAIR NOTICE AND WARNING OF COMMERCIAL GRACE**
**THIS IS A U.S. S.E.C. TRACER FLAG, NOT A POINT OF LAW**

A SECURITY (15 USC)

COMMERCIAL AFFIDAVIT
THIS IS A U.S. S.E.C. TRACER
FLAG
NOT A POINT OF LAW*
see attached instruction

* One definition of "A SECURITY" is "any evidence of debt."

\* \* \* \* \* \* \* \* \* \*

APPENDIX A

The Lien Claimant does NOT rely on Title 15 as a basis for the "Commercial Lien." ALL Commercial processes, by using or relying on notes or paper in Commerce (e.g. Federal Reserve Notes), must bear some sort of Federal tracking code, a County Recorder's number or a serial number, which process must be accessible for inspection at the nearest relevant County Recorder's Office or be widely advertised. When a Lien matures in three (3) months, ninety (90) days, by default of the Lien Debtor through the Lien Debtors failure to rebut the AFFIDAVIT OF OBLIGATION point-for-point categorically, it becomes an accounts receivable in the ordinary sense of a collectable debt upon which assignments, collateralization, and other commercial transactions can be based, hence becomes a Security subject to observation, tracking, and regulation by the United States Securities and Exchange Commission (hereinafter U.S. S.E.C.).

The notation "A Security — 15 USC" is a flag in Commerce telling the U.S. S.E.C. that a speculation account is being established to enforce a lien. The U.S. S.E.C. can then monitor the process. As long as the process is truthful, open, and above-board (Full disclosure), the U.S. S.E.C. has no jurisdiction over it, for even the U.S. S.E.C. has no jurisdiction over the truth of testimony, depositions, affidavits, and affidavits of obligation (Commercial Liens), and an unrebutted affidavit stands as the truth in Commerce.

Legal Authority: Universal moral/existential truths/principles, expressed in Judaic (Mosaic) Orthodox Hebrew/Jewish Commercial Code, corollary to Exodus (chiefly Exodus 20:15, 16). This is the best known Commercial process in America.

When an Affidavit is so flagged in Commerce, it becomes a Federal Document because it could become translated into a Security (for example by being attached in support of a Commercial Lien), and not accepting and/or filing a Commercial Affidavit becomes a Federal offense.



Non-Negotiable                                        S201109.2

# SECURITY AGREEMENT
### SPETEMBER 2, 2011

*All* PROPERTY OF **Debtor 1:**   SHENANDOAH CONSTRUCTION COMPANY, Principle,
EIN 59-1707673, 1888 NW 22nd ST. POMPANO BEACH, FL. 33069

**Debtor 2:**   Margaret Lary, et. al., Agent
7166 NW 49TH COURT,
LAUDERHILL, FLORIDA 33319-3445

**Debtor 3:**   Daniel J, Dimura, et. al., Agent
2231 N CONFERENCE DR.
BOCA RATON, FLORIDA 33486-3138

…is hereby the property and security of the Secured Party:

Eddie-Alexander: Banks,®©™
c/o General Delivery
Non-Domestic
Ft. Lauderdale Fl.
[33310]

Agents Danny Dimura and Margaret Lary for SHENANDOAH CONSTRUCTION COMPANY in there public and private capacity, as a result of there action(s) are to be added to the principle as debtors one in the same.

This security agreement is supported by agreement #7010 1060 0000 5966 2890 accompanied with a notary certificate of non response.

Secured Party must be properly and fully compensated before any of the property can be exchanged, sold tendered of disposed of in any manner.

This property, now owned and hereafter acquired, includes all fixtures assets within Premises, but is not limited to: proceeds, products, accounts, and fixtures from crops, mine head, wellhead, with transmitting utilities, etc., rent, wages, all income, land materials, water and air rights, cottages, house(s), buildings, bank account, bank deposit box(s), and the contents therein, savings account(s) retirement plans, stocks, bonds, securities, benefits from trust, inheritances gotten and to be gotten, inventory of any source, all machinery either farm or industry, livestock, live stock equipment, vehicles, auto(s), Truck(s), 4wheeler(s), all boats and water craft, aircraft, motor homes, 5th wheel trailers(s), mobile home(s), jewelry, wedding rings bands, and/or rings, watches, all household goods, appliances, any type of furniture, kitchen utensils cooking utensi.s, radio(s), television(s), computers(s), music instrument(s), antiques, sport equipment, rifle(s), gun(s), and other types of property held for my benefit, by myself or by others, until such time as the dishonor agreement, Bill of Exchange number F-201109-02, for value of **$10,000,000.00**, (Ten Million Dollars), held by the secured Party is satisfied in full and acknowledgement of the same is completed

Any property not specifically listed, named, or listed by make, model, serial number etc. is included in the same.
Debtor(s) agrees to notify all employees and creditors of the same as all debtors wages are the property of the secured party and are notified accordingly.

This privately held Security agreement cannot be discharge in bankruptcy court, as the holder's property is exempt from levy.
Secured  part all signatures in accord with UCC3-419

SHENANDOAH CONSTRUCTION COMPANY
Debtor

Secured Party, Without Recourse, All rights Reserved at all times.



**Non-Negotiable**
# NOTICE OF TRANSFER
September 2, 2011

Invoice Number: F-201109-02

Treasury Direct Account #          9382

Post Resisted Account Number #RR:          8US

**RE: Notice of Account of Dishonor, Notice of Charge Back (in accord with UCC-419 And HJR-192) and Registered Adjusted of Account.**

COLLATERAL and LOCATION:

| | | |
|---|---|---|
| SHENANDOAH CONSTRUCTION COMPANY, Principle EIN 59-1707673, 1888 NW 22nd ST. POMPANO BEACH, FL. 33069 | Margaret Lary, et. al., Agent 7166 NW 49TH COURT, LAUDERHILL, FLORIDA 33319-3445 | Daniel J, Dimura, et. al., Agent 2231 N CONFERENCE DR. BOCA RATON, FLORIDA 33486-3138 |
| **Debtor1** | **Debtor2** | **Debtor3** |

VALUE OF DISHONOR:          [$]10,000,000.00  (species, units, account, dollars)

    You are hereby give Notice that the United States Department of Commerce, Bureau of Census, has classified certain persons as United States citizens, and they have been placed as Collateral Bond for the Security of the United States Department of Treasury. Those persons are identified under the following categories: Corporations, Those carrying  a Social Security Number, United States Passport, Permanent Resident Alien card or Diplomatic Immunity These person have been placed on the Rolls of the international Monetary Fund (IMF) in lieu of the national debt.

    Due to your dishonor in this matter you have caused your bond to be transferred by Acceptance of Lien against your name and it will be registered as such with sate authorities in the State of Florida and/or any state property may be found.

**Without Recourse.**

Enclosure: Bill of Exchange

Please send receipt and tracer documentation to:

Eddie-Alexander: Banks, ®©™
c/o General Delivery
Non-Domestic
Ft. Lauderdale Fl
[33310]

Cc: Florida Secretary of State
Secretary of the Treasury
File



Invoice Number:  F-201109-02

Non-Negotiable
# Bill of Exchange
September 2, 2011

Invoice Number: 25-65033

Treasury Direct Account #        -  9382

Post Resisted Account Number #RR.          '8US

**RE: Notice of Account of Dishonor, Notice of Charge Back (in accord with UCC-419 And HJR-192) and Registered Adjusted of Account.**

COLLATERAL and LOCATION:

| | | |
|---|---|---|
| SHENANDOAH CONSTRUCTION COMPANY, Principle | Margaret Lary, et. al., Agent | Daniel J, Dimura, et. al., Agent |
| EIN 59-1707673, 1888 NW 22nd ST. | 7166 NW 49TH COURT, | 2231 N CONFERENCE DR. |
| POMPANO BEACH, FL. 33069 | LAUDERHILL, FLORIDA 33319-3445 | BOCA RATON, FLORIDA 33486-3138 |
| **Debtor1** | **Debtor2** | **Debtor3** |

VALUE OF DISHONOR:          **[$]10,000,000.00  (species, units, account, dollar)**

Thank you for your commercial dishonor, accompanied by acts of theft of my wages and giving them to a foreign agency without consent, court order, nor a valid bill. Followed by termination of employment for the following reasons: For yelling at my jobsite. For trying to get extra compensation on a jobsite, and not doing your job when told to do it. I accept for value your malice act and verbal abuse (with all related endorsements, front and back, to include those in accord with UCC 3-419) as evidence with this BILL OF EXCHANGE. I have directed the CHARGE BACK of this BILL OF EXCHANGE. To my Treasury Direct Account Number          9382, in the amount listed above, which is part of the tax estimate by the republic.

The account is charged for the fees necessary to secure and register (for priority exchange for the tax exemption to discharge the public liability in accord with HJR-192) my personal property (preferred stock/unalienable Rights). I have commanded the memory of account number .          382 to charge the same to the debtor's Order or the Secretary of Treasury's Order.

        **Without Recourse.**                    Sincerely,

***Retour Sans Frais, retorna brevium.***

Eddie-Alexander: Banks, ®©™
c/o General Delivery
Non-Domestic
Ft. Lauderdale Fl
[33310]



Certified Mail Number  _7005  1820  0002  4117  8732_

# AFFIDAVIT
## OF CERTIFICATE OF NON-RESPONSE
### And Failure to Contest Acceptance and Agreement

**Re; Non-Response to Private Conditional Acceptance for Value for Proof of Claim in the Nature of Request for Discovery to Exhaust Private Administrative Remedy**

| | | |
|---|---|---|
| Florida STATE | ) | |
| | ) Scilicet | |
| County of Broward | ) | |

**"Indeed, no more than (affidavits) is necessary to make the prima facie case."**
United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982

That I, Melissa Ramos-Schmitt, a living breathing woman, being first duly sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief.

That I, Melissa Ramos-Schmitt, a Third Party herein, certify that a Private Conditional Acceptance for Value for Proof of Claim in the Nature of Request for Discovery was sent by Eddie-Alexander: Banks to Margaret Lary, SHENANDOAH CONTRUCTION CO., 1888 NW 22ND ST., POMPANO BEACH FL 33069, via Certified Mail with Return Receipt Number 7010 1060 0000 5955 2890 and/or hand served, which was hand served by the above party on April 8, 2011. A response as stipulated in the document was to be sent to the undersigned as well, serving as 'second witness.'

I certify that I have reviewed the original documents of the above party and the mail receipts, green card(s) for the mailing and the above party's Affidavit of Notice of Default per the above document.

Per the above document as mailed, request was made to not only send a RESPONSE of the requested Proof of Claim(s) to the above party but also to the undersigned, as a independent third party but not a party to the matter for the sole purpose to certify that any such RESPONSE was sent and received at my address/office for conclusion the above party's private administrative process.

Said RESPONSE was requested within a specific time period with an additional 3 days for return mail.

THEREFORE; I certify that Margaret Lary, SHENANDOAH CONTRUCTION CO., 1888 NW 22ND ST., POMPANO BEACH FL 33069, refused or failed to RESPOND to the above party's Private Conditional Acceptance for Value for Proof of Claim in the Nature of Request for Discovery within the time stipulated, failed to Cure the fault and presumption is made that

Margaret Lary, SHENANDOAH CONTRUCTION CO., 1888 NW 22ND ST., POMPANO BEACH FL 33069, is in full acceptance and in full agreement to all matters therein as stipulated in favor of Eddie-Alexander: Banks, the Affiant/Secured Party Creditor.

Dated this __6__ day of __August__, 2011

_____
name, Third Party

Address of Third Party:
Melissa Ramos-Schmitt
4300 SW 24th Street
Ft. Lauderdale, Fl. 33317

## ACKNOWLEDGEMENT

SUBCRIBED TO AND SWORN before me this __6__ day of __August__, A.D. 20011, a Notary, that __Melissa A. Schmitt__ personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____
NOTARY PUBLIC-STATE OF FLORIDA
Otto Luis Alejo
Commission # DD725204
Expires: NOV. 13, 2011
BONDED THRU ATLANTIC BONDING CO., INC.
Seal;

Notary Public in and for said State __Florida__

My Commission expires; __Nov. 13, 2011__

(14)



A black and white copy of this document is not official.

# State of Florida

**Department of State**

**I, Kurt S. Browning, Secretary of State, do hereby certify that:**

***Melissa Ramos-Schmitt***

**was commissioned as a Notary Public in and for the State of Florida:**

| | |
|---|---|
| **Commission number:** | **DD959194** |
| **Term beginning:** | **April 13, 2010** |
| **Term expiring:** | **April 12, 2014** |

**as shown by the records of this office.**

**Legal Qualifications and Authority of a Florida Notary Public**

A Florida Notary Public is not licensed to practice law in the State of Florida, and may not give legal advice or accept fees for legal advice.

**Legal Qualifications of a Florida Notary Public:** A Florida Notary Public shall be at least 18 years of age and a legal resident of Florida. A Florida Notary Public must be able to read, write, and understand the English language.

**Legal Authority of a Florida Notary Public:** A Notary Public may administer an oath and make a certificate thereof when it is necessary for the execution of any writing or document to be published under the seal of a Notary Public. A Notary Public is authorized to take the acknowledgments of deeds and other instruments of writing for record. A Notary Public is authorized to solemnize the rites of matrimony. A Notary Public may supervise the making of a photocopy of an original document and attest to the trueness of the copy.

Given under my hand and the Great Seal of the State of Florida, at Tallahassee, the Capital, this the Fourth day of May, A.D., 2011.

Secretary of State

(13)

DSDE 99 (3/03)

The word "VOID" appears when photocopied.

"State of Florida" appears in small letters across the face of this 8½ x 11" document

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."

Archetype

From: public juris/Affidavit
Session: one supreme court

## Act of State
### Primary Signature Certification
### (Convention de La Hague de 5 October 1961)
### TLAS 10072.33 UST 883.527 UNITS 189. (Convention #12)

I, _Melissa Ramos-Schmitt_ , a duly certified and qualified Notary, do hereby certify the document enclosed to be true, correct, complete, and not misleading. Original of the Archetype, containing the primary signature as sealed below. This notarization is for the purposes of signature certification only, for foreign (i.e.) United States of America) of the U.S. originated document(s). This is pursuant to the Hague Conference on Private International Law dated 5th of October 1961, at the convention abolishing the requirement of Legalization for Foreign Public Documents. It was on the 15th of October 1981 in which the United States declared it self as being a signatory to this Convention, and this procedure is required for legalization of administrative/judicial documents as herein enclosed.

The State of Florida      )
                          )     ss:
The County of Broward     )

_____
Sentient Citizen

Acknowledgement made before me this _23_ day of _April_ , 2010 A.D.

_____
Notary

[Notary seal: MELISSA RAMOS-SCHMITT / Notary Public - State of Florida / My Comm. Expires Apr 12, 2014 / Commission # DD 988194 / Bonded Through National Notary Assn.]

Aposille Number:_____          Archetype
From: public juris/Affidavit
Session: one supreme court

Be it known to all men that the cause and effect of the law has established REMEDY and RECOURCE to which Eddie-Alexander: Banks creator is establishing "Without Prejudice" a valid Reservation of Rights to preserve whatever rights he now possesses, and thus prevents the loss of such rights by application of concepts of waiver or estoppel. Heretofore the expressed intent and purpose it is inserted:

THAT

Archetype

Form: publici juris/Affidavit
Session: one supreme Court



## Act of State
## Reaffirmation of Dual Citizenship And
## Renunciation of Attempted Expatriation

I, Eddie Alexander Banks™©® by international Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Civilian, Absolute Sovereign Citizen within the constitution Public survey boundaries of The State of Maryland, a Republic, of a constitutional Township, within the body of a constitutional county, the proper jurisdictions of the Common Law thereto, do solemnly make this Reaffirmation of Dual Citizenship, pursuant to my absolute freedom of religion, of a Ambassador and Subject-Citizen of the Kingdom of Heaven under its King, Christ; and an American Sovereign Citizen-Principal in good Standing and Behavior, Public Minister (Ambassador), and "dominium" (absolute owner) inhabitant of the organic United States ("a more perfect Union") under the Constitution for the United States of America (1791 to Date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto/Renegade/Corporate), by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory/Military/Maritime/Admiralty/Factitious "U.S."; "person", "consumer", "individual", "citizen", "citizen-subject", "plaintiff/defendant", "resident", "whoever", "taxpayer", driver", "gun/firearm owner", "debtor", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Maritime/Admiralty/Fictitious Democracy UNITED STATES, et, al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, STATE OF MARYLAND, COUNTY OF PRINCE GEORGES CITY OF HYATTSVILLE, EDDIE ALEXANDER BANKS, P.O. Box 5481[20782] NON-DOMESTIC (Zip Code Exempt DMM 122.32), Employee Identification Number, SSN XXX-XX-9382 etc. This doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", will serve Notice, (judicial, presidential, or otherwise), that all acting as Corporate officers, etc. whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil judicial proceedings. For the peace and safety of all corporate officers, etc., as well myself I have identified all my guaranteed, absolute properties ("Life, Liberty, and Pursuit of Happiness"), until such time as the present De Facto/Renegade/Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record No 1000361990128369, 7002 2030 0004 3395 1810 and Apostle No.14773 as has been recognized, received, recorded, and issued by the De facto/Renegade/Corporate government. As this Number is the International registration, National authentication, and State certification of any Public Document of the United States of America, my Nations, and of my Citizenships, as well as identification of all guaranteed, absolute properties, whether private or public, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, absolute Private and Public properties by any of the De Facto/Renegade/Corporate officers, etc., will result in damages of Ten Million Dollars of United States (Treaty States, nation-state) specie Money (United States Dollars silver/"Backed"), that being enumerated in Article 1, Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the United States of America (1791 to Date), to be multiplied by not only the damaging party(s), but all those in concert and causes of action.

This Declaration is made absolute by the enclosed Apostille (The State of Maryland) copy, and pursuant to 15 Stat. ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppels (by acquiescence), Law of the Record (Apostille), Moral Obligation (peremptory mandamus), and the Devine Law (380 U.S. 163; The Bible is law to be applied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at anytime applied and/or attached to Me, pursuant to Congressional demand within 15 Stat. ch. 249, Dates: Spiritual; "In the Beginning" plus Six Days: Announcement of Diplomatic Arrival: 1 March 1973

_(signature)_ _____  ™®© (Common-Law):

Me; American Citizen/Citizen of Maryland: Christian, Private, Sentient, Civilian Absolute Sovereign, Citizen'
United States of America: The State of Maryland, a republic.
"Within" a constitutional county and a constitutional township republics;

" . .at the mouths of two, or at the mouths of three the matter is established"
Deuteronomy 19:15

_(signature)_ Victoria D. Banks  _____  _(signature)_ James _____
Divine, Sentient, and Common Law Witness                Divine, Sentient, and Common Law Witness



7004 1350 0003 6918 1956



The Flag
clan of Banks

**The Law of My Flag**, is International Law, which is recognized by every nation of the planet, is defined as: . . . a rule to the effect that a vessel is a part of the territory of the nation whose flag she flies. The term is used to designate the right under which I, Eddie Alexander Banks, the ship owner, is sending my vessel into a foreign port, I am giving notice by my flag to all who enter into contracts with the ship master that I intend the Law of that Flag to regulate those contracts, and that you must either submit to my operation or not contract with me or my agent at all." (Ruhstrat v. People, 57 NE 41)

**Registration**    When I "register" myself, I "record formally and exactly . . . in a list or the like," with a Registrar. A "registrar" is "an officer who has the custody and charge of keeping of a registry or register." What really is a "registry"? "Generally, a 'registry' applies to my vessels in foreign commerce. . ." When I register myself, I have recreated myself as vessels in foreign commerce.

**Flag**    Everything moving in commerce is a vessel: space ships, satellites, sea-going ships, planes, busses, automobiles, the mails, and persons whether you accepted it or not – contracts. Just as a ship must fly a flag to designate its nationality/laws of contract, My paperwork will display a flag in order to establish who I am and what law I will use to contract.

**Stamp**    All vessels charge a freight fee to deliver their cargo. Likewise I must pay a freight fee as the authority to deliver my cargo, ie: the paperwork I send will be stamped. The paper is the vessel, the words are the cargo, the flag designates the law and the stamp shows that I have paid the fee to deliver my cargo. My colored flag is in the upper left hand corner as you are looking at the page and I have placed a dollar stamp in the upper right hand corner. With my autograph over the stamp to cancel it thus making me the postmaster.

**Registered**    Use registered mail to identify My vessel. This places My document/vessel into international law and gives it recognition in international commerce. This is another assertion that I am  in fact foreign to the jurisdiction you are trying to place me under. This number now becomes the case number for any and all paperwork related to the first document sent.

**Jolly Roger**    If you come upon a flag that is not recognized in international law, it is a pirate flag. Anything attached to a Title 4 USC 1, 2 Flag (ie: gold fringe) mutilates the Flag and under Title 4 USC 3 carries a one-year prison term. The gold fringe is an added color and represents "color of law" when placed upon the Title 4 USC Flag. The fringe is a mutilation; it suspends the Constitution and establishes "color of law". The gold-fringed flag that utilizes color of law and portends to be the American flag is NOT the American flag of peace. It is a pirate flag and it is your warning as to whom/what you are about to do business with. Army Regulation 260-10 states that the gold fringe may be used only on regimental "colors", the President's flag, for a military courts martial and for the flags used at military recruiting centers.

**Courts**    The flag in court is the court's advertisement of the laws governing their contracts. If you do not wish to contract with these courts, then jurisdiction is to be challenged. In order to correctly challenge jurisdiction you must remember [Girty vs. Logan, 6 Bush KY 8] which states: "It is an elementary rule of pleading, that a plea to the jurisdiction is a tacit admission that the court has a right to judge in the case and is a waiver to all exception to the jurisdiction." Which means that is if I plea – I have waived my rights to challenge jurisdiction. And if the judge attempts to enter  a plea for me on the premise that the state statutes allow you to do so, I tell you No, that you cannot practice law from the bench and that you are not my attorney and I do not give you permission to act on my behalf!

*Eddie Alexander Banks*
Eddie Alexander Banks, a Title Sovereign

Witness
Print
Witness
Print

(6)

**AFFIDAVIT OF FACT**
**SUPPORTING**
**OPTION TO ACCELERATE**
**SECURED TRANSACTION**
**ID#7010 1060 0000 5966 2890**


Eddie-Alexander: Banks
c/o General Delivery
Non-Domestic
Ft. Lauderdale Fl                      =============== Space above for recording ===============
[33310]
**Secured Party**


Danny Dimira
SHENANDOAH CONSTRUCTION CO.
EIN 59-1707673
1888 NW 22nd Street
Pompano Beach, FL 33069
**Respondent(s)**

<div align="center">

**AN ACCOUNT OF AFFIANTS TERMINATION**

</div>

State of Florida              )
                              ) Scilicet
County of Broward             )

<div align="center">

*"Equality under the law is paramount and mandatory by law."*

</div>

"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982

I, Eddie-Alexander: Banks, (by any special conditions of standing, i.e. a trustee of a trust) do solemnly swear, declare, and depose:

1. THAT I am competent to state to the matters set forth herein.

2. THAT I have personal knowledge of the facts stated herein.

3. THAT all the facts stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness, I will testify to their veracity.

4. THAT the eternal, unchanged principles of Commercial Law are:



a) A workman is worthy of his hire. (thou shalt not steal)
b) All are equal under the law. (no one is above the law)
c) In Commerce, truth is sovereign. (thou shalt not bear false witness)
d) Truth is expressed in the form of an affidavit.
e) An unrebutted affidavit stands as truth in Commerce.
f) An unrebutted affidavit becomes the judgment in Commerce.
g) All matters must be expressed to be resolved.
h) He who leaves the battlefield first loses by default.
i) Sacrifice is the measure of credibility (no willingness to sacrifice = no liability, responsibility, authority or measure of conviction)
j) A lien or claim can be satisfied only through an affidavit by a point-for-point rebuttal, resolution by jury or payment.

5. THAT Commercial processes (including this Affidavit and the required responses to it) ARE NON-JUDICIAL and pre-judicial because:
a) No judge, court, government or any agencies thereof, or any other third parties whatsoever, can abrogate anyone's affidavit of truth; and
b) Only a party affected by an affidavit can speak and act for himself and is solely responsible for responding with his own affidavit of truth, which no one else can do for him.

## STATEMENTS OF FACT
## IN AN EVENT

6. THAT On September 1, 2011 Eddie-Alexander: Banks herein, affiant reported to work, were Affiant was informed that he would be physically tunneling under a building. Affiant was asked by Danny Dimira you can do that; you've seen it done before.

7. THAT Affiant stated, yes I could do it. So you want me to actually go under the building. Who's is the crew.

8. THAT Danny stated it would be Affiant Adrian Davis and Mattie from the west cost. You are only going in 10 to 11 feet or until we find it. Then walked away.

9. THAT Affiant took notice of the crew three individuals, and stated publicly (within ear shot of Dwight, Staffin and Perry these being rank office personnel) the crew was one man short. Two in the hole one relaying communication to the truck operator.

10. THAT Adrian Davis expressed his clear desire not to enter a tunnel under a building. Further stating he was Closter phobic and he was not going under there. We don't go under houses. Danny has said for 4 years we do not go under house and now we do.

11. THAT after meting with Mattie he state he not going under there to dig is was only there to go in after the tunnel was completed to fix the pipe.

*18*

EAB201109.2

12. THAT Affiant had a brief talk with Dwight, and Perry further expressing concern about this tunneling job.

13. THAT Affiant went to Arian and asked how much money would you do it for. Adrian stated $75.00.

14. THAT Affiant stated to Adrian, I think that's fair considering its company policy that we don't do tunneling.

15. THAT Affiant reasoned and thought in rout to the job site:

There should have been a in depth meeting prior to the day of this job as to the cause, effect and safety precautions as well as mental preparation of doing a tunneling job, we have not done before. I have always been told NO we don't tunnel under buildings do to the safety of it and the reason the company stop doing tunneling work was after a employee got hurt or trapped do to a collapse or cave in. I have always herd and been told we do not go under buildings do to safety. This is similar being asked to hard dig for high powered electrical lines and a guy tells me you see this lead line here you are looking for if you hit it there is no coming back for you the voltage will kill you. Where Hector and I were the ones doing that job for months. I was the best in the company at soft dig and hard dig. There was no offer of monetary reward for our hard work. I even requested at least a $20 gift card to help compensate for the increased need for food and water do to the physical demand of the job. That request feel on deaf ears. Or the time on My very first dive assignment by coercion to knock a bigger whole into a plug with a lake with 3ft head pressure. Where I expressed that the hole was 6" to 8"  big the flow was pulling like a vac-truck and I could barely pull my hand away I wanted to wait for it to equalize but I was compelled by the superintendent to go back in to make the hole bigger. That day I almost lost my life as I was in-shock for about a week and a half. Or What about working nights the company charges its customers more for working at night but when a request for nights differential compensation is made it is denied. Or What about that time you traveled for 7 hours to a out of town job with only an hour down time then went to work for 9 hours all night. I put in a written request for added compensation, I never got a response in writing or verbal and I verbally followed up about it but never got a response. Or the fact that the company makes a practice of stealing from its employees for example the company charge client a fee for having a man go into a structure, but that man rarely sees any added compensation. I know of one instance when the client found out the a man going in side the structure ( Mater Lift Station(s))was not getting any added compensation. The client call and complained how is this you charge me extra saying you pay your guys for going into the structure, but you don't give them any extra money. Make sure you pay this guy and he got paid $50. I know I am capable and am willing to do this job but I want something more for being a pioneer worker. There is a reason he has demanded that I be the one to do this job. I decided that a request of $100 for each tunneler was fair. *I can go on and on!*

16.THAT Affiant arrived at the job site and request additional compensation of $100 for each man entering to tunnel under this building.

17. THAT Affiant has much video, pictures, and other affidavits to support this claim and many others.

18. THAT Danny flies off the handle and starts yelling and uttering curs words at me. Affiant



repeatedly requested for Danny to calm down there no need for yelling and cursing.

Transcript

| | |
|---|---|
| Eddie: | We need to talk. I'm requesting we be given extra compensation associated with the risk of tunneling. |
| Danny: | uh well, see ya pack it up your done. This is bullshit. I cant believe you are pulling this shit now. Your done go. I cant believe this. |
| Eddie: | Danny calm down and please listen. |
| Danny: | Are you going to do the job or not? |
| Eddie: | Yes, I am only making a request. |
| Danny: | I cant believe you are pulling this shit on a job. Are you going to do it for the hourly rate or not. |
| Eddie: | Yes, with the request of $100 additional compensation. Danny calm down you are not listening I'm only making a request. There is no need to be yelling and cursing at me. |
| Danny: | Are you going to work for the hourly rate yes or no without a discussion about it? |
| Eddie: | Were going to discuss it now or later. |
| Danny: | We can discuss later. |
| Eddie: | That's all you had to say all this "hooflily" and what you are doing is unnecessary. |
| Danny: | na na this is bull crap you don't come to a job and ask for extra money. |
| Eddie: | By your words Danny we do not tunnel under houses because of the safety! |
| Danny: | I don't want to here another word about it. |
| Eddie: | You are not going to shut me down. I'm a grown man. I want you to communicate with me like a man. |
| Danny: | I'm a grown man too. Your fired! Get off my job, right now! Off my job! Get off my job! Drive back to the yard punch out your fired. End of store. |

*~END TRANSCRIPT~*

19. THAT all parties who act against this Affiant on their alleged basis must produce the Commercial Affidavits of TRUTH, sworn by the claimants to be "true, correct, and complete (certain)," which prove the origin and foundation of their claims and include providing the contract(s) or agreement(s) with the signature of this Affiant thereon wherein this Affiant has knowingly, intentionally, and voluntarily, in full legal and lawful capacity, agreed to waive or surrender rights to any corporation or factious entity," or agreed to become subject to or the slave or property of said entities in any way or in any jurisdiction whatsoever.

20. THAT I, Eddie-Alexander: Banks, the Undersigned Affiant, depose and certify that I have written the foregoing with intent and understanding of purpose, and believe the statements, allegations, demands and contents herein to be true, correct, and complete, commercially reasonable, and just, to the best of my knowledge and belief.

with the signature of this Affiant thereon wherein this Affiant has knowingly, intentionally, and voluntarily, in full legal and lawful capacity, agreed to waive or surrender rights to any corporation or factious entity," or agreed to become subject to or the slave or property of said entities in any way or in any jurisdiction whatsoever.

21. THAT I, Eddie-Alexander: Banks, the Undersigned Affiant, depose and certify that I have written the foregoing with intent and understanding of purpose, and believe the statements, allegations, demands and contents herein to be true, correct, and complete, commercially reasonable, and just, to the best of my knowledge and belief.

NOTICE TO PRINCIPALS IS NOTICE TO AGENTS.
NOTICE TO AGENTS IS NOTICE TO PRINCIPALS.

FURTHER AFFIANT SAITH NOT.

DATED: September 1, 2010

_____
Eddie-Alexander: Banks, Affiant

WITNESS my hand this 2nd day of September, 2011

STATE OF FLORIDA          )
                          )     ss:
COUNTY OF BROWARD         )

On this _____ day of _____, 2011, before me, the undersigned Notary Public in and for the State of Florida, appeared Eddie-Alexander :Banks, ( ) personally known to me or ( ) proved to me on the basis of satisfactory evidence, to be the person whose signature appears in the within instrument and acknowledged to me that he executed it.

Witness my hand and official seal:

/s/ _____ NOTARY PUBLIC

NOTARY PUBLIC STATE OF FLORIDA
Charles Hendricks
COMMISSION # DD 912807
EXPIRES MAY 17, 2015
BONDED THRU ATLANTIC BONDING CO., INC.

5 of 5                                              EAB201109.2

Certified Mail Number  *7005 1820 0002 4117 87352*

Eddie-Alexander: Banks
c/o General Delivery
Non-Donestic
Fort Lauderdale Florida

Affiant/Secured Party

<u>Margaret Lary</u>
<u>SHENANDOAH CONTRUCTION CO.</u>
<u>1888 NW 22ND ST.</u>
<u>POMPANO BEACH FL 33069</u>

Respondent

June 5, 2011

**RE: Agreement Number <u>7010 1060 0000 5955 2890</u>, Hands served**

**Equality under the law is paramount and mandatory by law.**

# AFFIDAVIT OF NOTICE OF DEFAULT
# AND OF RES JUDICATA

State of _____ )
                          ) Scilicet
County of _____ )

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**"Indeed, no more than (affidavits) is necessary to make the prima facie case."**
United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W.
2169; S. Ct. March 22, 1982

I, Eddie-Alexander: Banks, herein 'Affiant," a living breathing man, being first duly sworn, depose, say and declare by my signature that the following facts are true, correct and complete to the best of my knowledge and belief.

1. THAT, Affiant is competent to state the matters included in his/her declaration, has knowledge of the facts, and declared that to the best of his/her knowledge, the statements made in his affidavit are true, correct, and not meant to mislead;

2. THAT, Affiant is the secured party, superior claimant, holder in due course, and principal creditor having a registered priority lien hold interest to all property held in the name of the



Debtor; EDDIE A BANKS, evidenced by UCC-1 Financing Statement #20110423858 filed with the Secretary of State of the State of Florida.

3. THAT, Respondent(s), Margaret Lary, is herein addressed in his/her private capacity and in his public capacity as **Office Manager, SHENANDOAH CONTRUCTION CO.** participating in a commercial enterprise with her co-business partners (or employees), including but not limited to the **United States, et. al.,** a corporation and hereinafter collectively referred to as "Respondent(s)";

4. THAT, the governing law of this private contract is the agreement of the parties supported by the Law Merchant and applicable maxims of law established by silence, acquiescence and tacit agreement;

5. THAT, Affiant at no time has willingly, knowingly, intentionally, or voluntarily agreed to subordinate their position as creditor, through signature, or words, actions, or inaction's;

6. THAT, Affiant at no time has requested or accepted extraordinary benefits or privileges from the Respondent, the United States, or any subdivision thereof;

7. THAT, Affiant is not a party to any valid contract or compact with Respondent that requires Affiant to perform in any manner, including but not limited to the payment of money to Respondent, nor has Respondent disclosed under good faith any contract, agreement or otherwise to show that the Affiant is required to perform in such manner.

8. THAT, on or about April 8, 2011 Affiant sent a CONDITIONAL ACCEPTANCE FOR VALUE FOR PROOF OF CLAIM (CAFV) (document for discovery) via Certified Mail Number 7010 1060 0000 5955 2890 and hand served to the Respondent(s) requesting 'Proof of Claim' as to the **authority, jurisdiction and in what manner Affiant is to pay debts at law and/or discharge of debt(s)** with request for the Respondent to produce and provide Proofs of Claim, and other various proofs of claim to support Respondents presentment(s) and/or a valid lawful contract/claim.

9. THAT, Respondent was given thirty (10) days to respond with extended the response to 30 days with 'Proof of Claim', point for point, however elected to remain silent or otherwise refused to provide said proofs of claim and therefore has failed to state a claim upon which relief can be granted, failed to contest acceptance and has agreed and stipulated to the facts and agreed that the undersigned Secured Party **can only discharge said debt via the remedy provided by Congress via HJR-192 via 'acceptance for value and returned for discharge or by other appropriate commercial paper.**

10. THAT, Respondent is given an additional three (3) days with Opportunity to Cure, sent via Certified Mail Number 7011 0110 0002 4938 4979 and 7011 0110 0002 4962 the fault of silence/non-response, contest Respondent's Acceptance and has stipulated by agreement based upon silence, general acquiescence and therein tacit agreement, **that all the Affiant can do is discharge any Federal or State Tax liability via 'acceptance for value and returned for discharge or by other appropriate commercial paper.**

(23)

11.  THAT, Respondent(s) was requested to send a duplicate 'Response' to indicated Third Party of a Notary and as such, Respondent(s) failed to respond and such failure is 'evidenced' by Third Party of Notary's 'Certificate of Non-Response' attached hereto.

12. THAT, the Respondent was Noticed that upon failure and/or refusal to PRODUCE 'Proof of Claim', Respondent stipulates and agrees to the facts as expressed in the above mentioned CAFV. Respondent failed to contest acceptance and is therefore in agreement by Respondents silence and 'general acquiescence' to the facts expressed in this affidavit as they stand un-rebutted in the record and the matter is Res Judicata and that Respondent becomes liable to Affiant.

Further Affiant sayth not.

Dated this ___6ᵗʰ___ day of ___August___, 2011

Without Prejudice

_Eddie Alexander Banks_
........................................, Affiant,
Secured Party Creditor, Authorized Representative,
Attorney-In-Fact in behalf of EDDIE A BANKS©,
Ens legis.


# ACKNOWLEDGEMENT

SUBSCRIBED AND SWORN TO before me a Notary Public for said County and State, I do hereby certify that on this __6ᵗʰ__ day of __August__, 2011 that _EDDIE ALEXANDER BANKS_ the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

NOTARY PUBLIC-STATE OF FLORIDA
Charles Hendricks
Commission # EE112807
Expires:   JULY 17, 2015
BONDED THRU ATLANTIC BONDING CO., INC.

_____ Seal;
Notary Public
My Commission expires ___7/17/2015___





CFN # 110413109
OR BK 48347 Pages 885 - 887
RECORDED 12/06/11 03:09:00 PI
BROWARD COUNTY COMMISSION
DEPUTY CLERK 3265
#1, 3 Pages

## NIHIL-DICIT DEFAULT JUDGMENT

Eddie-Alexander: Banks,
        **Libellant**

Certified Mail No.

7004 2890 0003 0692 4893

VS.

SHENDOAH GENERAL CONSTRUCTION CO;
Margaret Lary; Danny Dimura,
        **Libellee**

Agreement No.

**7010 1060 0000 5966 2890**

IN ADMIRALTY

**NOTICE OF FINAL DETERMINATION
AND JUDGEMENT IN NIHIL DICIT**

*Comes now* Eddie-Alexander: Banks to this court with the notice declaration of the following facts:

*Equality under the law is paramount and mandatory by law.*

1. On or about or about April 4, 2008, I Eddie-Alexander: Banks, herein Libellant was PRESENTED with a Notice of Levy on Wages, Salary and other income by Margaret Lary from the IRS by certified Mail No.70101060000059552890.

2. It was Noted that the Notice of Lien was invalid on its face were the PRESENTMENT was not addressed to a known person that had a tally amount of $14465.27 but the sections Total amount due and interest and late payment penalty where left Blank.

3. Libellant Conditionally Accepted the Notice of Levy on Wages, Salary and other income to perform or [PAY] discharge upon proof of claim dated April 8, 2011 and served Notice of: Understanding and intent and claim of right; Common Law copyright; Aposille Reaffirmation of Dual Citizenship and Renunciation of Attempted Expatriation; UCC Security Agreement, by Certified Mail green card receipt.

4. On or about April 14, 2011 Margaret Lary Libellant began garnishing Libellant private property being his wages for labor at 85%. Libellant met with Libellee and asked how you determined how much money my family was to live on. Libellee stated she researched it on the internet.

5. Libellant provided a plethora of documentation some registered, excerpts of law and the pointed out flaws on the face of the presentment. Libellees Lary stated to Libellant, " I do what they (IRS) tell me to do it doesn't have to be valid in your eyes or the eye of the law".

6. Daniel J Dimura Libellee choose to interfere with Libellant private business  by calling Libellant into a closed door meeting with Margaret Lary, and compelling me to issues a formal retraction of statement(s) in my affidavit, because he didn't like my choice of words. That act secured his obligation as well as married the claim to himself and the company as a whole.

7. That Libellee did conspire with malice, fraud and willful intent to steal (FRN) theft over $2000.00 from libellant.

Page **1** of **3**

NIHIL-DICIT DEFAULT JUDGMENT

EAB2011 1026NDJ



8. Libellant by affidavit requested for the services of a notary to evidence the dishonor.

9. Notary Presentment was made to Libellees with an Affidavit of Notice of Default by Certified Mail green card receipt.

10. Notary Presentment was made to Libellees Notice of Fault and Opportunity to Cure and contest Acceptance by Certified Mail green card receipt.

11. Notary Presentment was made to Libellees a Certificate of Non-Response and Failure to Contest Acceptance and agreement by Certified Mail green card receipt.

12. Note: Notary Presentment of Notice of fault and opportunity to cure was issued twice do to an administrative error of sending the originals without retaining copies. This event gave libellees 2weeks additional response time.

13. Libellee again Garnished Libellant wage by way of fraud of a student loan garnishment. Libellant requested that Ms. Lary not act until a proof of claim could be realized and to identify the alleged debt collector by way of Fair Credit Reporting Act and the Fair Debt Collector Practice Act. Libellee refused to honor both the public and private trust and decided to steal from Libellant yet again by levy of his compensation for labor which is his private Secured Property.

14. Libellant was then fire September 1, 2011 by Libellee being feed up with my contractual responses to wrongdoing for " yelling on a jobsite, asking for additional compensation on the jobsite to do a job that company does not do for safety reasons and not doing the job when told to do it. Libellant gave libellee 72 Hours to reconsider termination. (Video clip youtube, channel TheGroovemovie.)

15. Affidavit of default was issued after 72 hours.

16. COMMERCIAL AFFIDAVIT, AFFIDAVIT OF NOTICE, DECLARATION, AND DEMAND FAIR NOTICE AND WARNING OF COMMERCIAL GRACE, NOTICE OF NON-JUDICIAL PROCEEDING filed in county record CFN # 110253253 Notice matured October 06, 2011.

17. On October 06, 2011 first Demand for payment was sent Certified Mail with green card receipt received by third party Notary witness.

18. On October 13, 2011 second demand for payment was sent Certified Mail with green card receipt received by third party Notary witness.

19. On October 20, 2011 final demand for payment was sent Certified Mail with green card receipt received by third party Notary witness.

20. A Notice and Intent to Levy was posted on premise of SHENANDOAH GENERAL CONSTRUCTION CO. located at 1888 NW 22ND Street, Pompano Beach FL 33069 on 10/24/2011.

21. The Libellees non-response is the Self-Executing Confession of Judgment by principle(s) and all Third Party Defendants, and are in complete agreement with all the statements, terms, and conditions of this private agreement (No. 70101060000059552890). This is a contract in Admiralty. Any officer of the court that interferes or involves himself/herself with this claim will be added to this claim and become a Third Party Defendant. All Third Party Defendants are jointly and severally liable for this claim.

Page **2** of 3                    NIHIL-DICIT DEFAULT JUDGMENT

EAB2011 1026NDJ

22. That Libellees are in default. Not only are they in default they are in complete and total agreement to this claim. They have forfeited and have no right to come back with a claim because there is no disagreement. Where there is no controversy there is no case. This is a perfected claim.

### *NOTICE OF FINAL DETERMINATION AND JUDGEMENT NIHIL DECIT*

*THIS IS THE FINAL NOTIFICATION AND JUDGMENT NO OTHER NOTIFICATIONS WILL BE SENT TO YOU. COLLECTION OF THIS LAWFUL CLAIM, AGAINST YOUR BONDS, INSURANCE POLICIES, 801-K, CAFRA FUNDS, PROPERTIES, OR ANY OTHER SOURCE OF REVENUE TO CURE YOUR DISHONOR IN THE PUBLIC WILL BEGIN IN THREE BUISNESS DAYS IF THIS CLAIM IS NOT PAID IN FULL. ADDITIONAL CIVIL DAMAGES AND CRIMINAL CHARGES MAY ALSO BE FORTHCOMING. NON RESPONCES IS A SELF EXCUTING POWER OF ATTORNEY TO FILE LIENS AND ENCUMBANCE ON ALL PROPRTY OF THE LIBELLEES.*

Date: Oct. 27, 20__                    _Eddie Alexander, Banks_

                                       Eddie-Alexander: Banks, Libeliant

### EXPRESS SPECIFIC RESERVATION OF RIGHTS:

*I explicitly reserve all my Natural rights as an American under contract Law of the Divine Creator without prejudice and, without recourse to me. I do not consent to compelled performance under any contract that i did not enter knowingly, voluntarily and intentionally. I do not accept the liability of the benefits or privileges of any unrevealed contract or commercial agreement. Failure to settle this claim within the designated time as described herein will be default and the perfecting of this commercial claim. Default will result in the arrest of any and all blanket bonds, public hazard bonds, insurance policies, 801k funds, CAFRA funds, or any other sources of property and/or revenue, as needed to satisfy this commercial claim. All Libellee's are collectively and severally liable, liable under Color of Law, and as provided under the provisions of Respondent Superior.*

By: _Eddie Alexander, Banks_

By: Eddie-Alexander: Banks Trustee, Executive Trustee for EDDIE A BANKS, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge:

JURAT

Broward county        )
                      ) ss
Florida state         )

The above named Libellant, Eddie-Alexander: Banks Trustee, Executive Trustee for EDDIE A BANKS appeared before me, a Notary, subscribed, sworn to the truth of **NIHIL-DICIT DEFAULT JUDGMENT** under oath this __ day of _October_, 2011.

_Marjee Nathaniel_
Notary

NOTARY PUBLIC-STATE OF FLORIDA
Marjee Nathaniel
Commission # DD768116
Expires: MAR. 12, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

My Commission expires:

NIHIL-DICIT DEFAULT JUDGMENT

EAB2011 1026NDJ

CFN # 110461550, OR BK '8405 Page 585, Page 1 of 2, Recorded 12/28/2011 at
12:58 PM, Broward Cou. Commission, Deputy Clerk 2115

Record correction to CFN# 110413109
**NIHIL-DICIT DEFAULT JUDGMENT entered 12/06/2011**
Caption SHENANDOAH misspelled now corrected.

Eddie-Alexander: Banks®™e
    Libellant

Vs.

SHENANDOAH GENERAL CONSTRUCTION CO.;
Margaret Lary;
Daniel J. Dimura
    Libellee(s)

*Actus judiciarus coram non judice irritus*
*Habetur; de ministerial autem a quocunque*
*provenit ratum esto.*

*Ministerial Act*

## Notice of Bona Fide Judgment

My will in the matter of EDDIE ALEXANDER BANKS and my land. Notice to master is Notice to servant.
Notice to servant is Notice to master.
(Philippians 3:10) I come to know Him in an experimental way, that I might arrive at the goal, the out ward resurrection from among those who are dead.

**Be known to all men,** and their persons, I Eddie-Alexander: Banks gives notice of a good faith judgment.
Be it known to all who read that I Eddie-Alexander, given a free simple estate of inheritance from the father and registered owner with an indispensible title to my land, lawful owner of the real property and inheritance known as EDDIE ALEXANDER BANKS, have appeared and this public record of judgment is full proof of my appearance and age of majority having full faith and credit of the government for the people.

I am an immortal living soul created in the image of the father here is one of his people. Conscious of my trinity of heart, mind, and soul born a child of God now living as a man of peace and tribunal of the court of recorded of my sovereign nation state *whose judgment is:*

A living man, one of the people sovereign power of my land, answerable only to the father I as grantee accept the covenant known as The New Testament, the deeds known as the Constitution (of or for) the United States of America, Florida and other treaties of peace. I accept the promissory oath of all public officers and vow's of the clergy to be the servant who by fealty and homage to me bear faith in opposition to all men without any saving or exception, and I protect the kings, princes, and people from belligerence. I extend my sovereign immunity to said public officers performing there lawful duties in regards to my business and protection.

Let it be known to the entire world that I call upon public officers to perform their lawful duties to correct the errors in records that may now indicate that I am lost across the sea incompetent infant of other morality or that I am any other citizen or any other mans citizen, or that another man speaks to the father for me. Further my inheritance in land and property shall no longer be controlled by a guardian or trustee nor is my land or real property and interest to be considered abandoned all letters or powers of appointment or attorney over my land or real property and interest are here now and after revoked. Further that my status as living man one of the people sovereign power of my land in charge of my own affairs shall be recognized by all nations. No person any form has status to bring a claim against me. My land of real property and interest and any such charge or claim currently exists must be immediately discharged or the parties bringing such claim or charge are warring against the constitution which may be construed

EAB233-67JG                  Page 1 of 2                  Bona Fide Judgment 

CFN # 110461550, OR B   48405   PG   586,   Page   2 of 2

to be treason any writ issued by Eddie-Alexander tribunal of the court of record orally or witnessed under his hand and seal is binding on all public officers courts, corporations, and persons. A writ is just and order. Any public officer who refuses to execute my lawful orders is in violation or their oath. A copy of this judgment done under my hand and seal is to be considered a true copy and full proof in all civil matters whatsoever.

That SHENANDOAH GENERAL CONSTRUCTION COMPANY, et. al., Margaret Lary, et. al., Daniel J. Dimura, et. al. are in default and are each equally liable in their public and private capacity to pay the sum certain amount of $10,000,000.00 or units.

Libellees exhausted their administrative remedy with the issuance of an Apostille affidavit of Non-response then Noticed of the public filing CFN#110253253 giving warning, commercial grace and rules of engagement. Libellees were given another 30 days to rebut Libellant affidavit and return the property that was stolen from him. Libellees failure or refusal to re-butt and correct the errors is the effect of this bone fide good faith judgment.

A nihil-dicit Default Judgment (annexed maritime liens) has been filed with the Broward County Commissioners #110413110, 11, 12

Libellees have secured their obligation and are now called upon to tender unto the Executor the spoils of dishonor and as tortfeasor with regard to theft, fraud, trespass, and undue enrichment upon an unwilling self-aware Man.

I call upon my coroner to collect my king's revenue, my inheritance from the father ancestral line and the recoups of any debt against there or my estates. All rents, profits and other revenues shall be immediately made available to me in a form accepted by all nations of the world. All Records and Registries that apply to Eddie-Alexander or EDDIE ALEXANDER BANKS and it's variations shall be secured, examined, accounted, and corrected as necessary to reflect I, Eddie-Alexander the proper owner, having appeared, competent, and of the age of majority, a sovereign authority existing outside of any corporate or foreign jurisdiction, shall not be detained, harassed, or any god given rights violated.

Finally, as the sovereign power of my nation state, I declare my peaceful intentions towards all other peaceful nation states, to strive for my own perfection, help other peaceful nation states strive for theirs, and come to the aid of weak of peaceful nations under duress from belligerence.

If my participation is required to carry out this lawful judgment, officers as servants to a self governing man are called upon to speak to me in the common language of the time there always working in my best interest. [I] can be contacted Care of: General Delivery, Ft. Lauderdale, Florida near [33310] without the United States or (954) 822-5539.

This judgment in my freewill act and deed done under hand and seal.

Date: _Dec. 28ᵗʰ, 2011_       (Seal) _Eddie Alexander Banks_

Christian name        SURNAME

Eddie-Alexander:

Certification of Acknowledgement

State of Florida,            )
                             )   SS:
County of Broward            )

On the _28ᵗʰ_ day of December 2011, before me the subscriber _Eddie Alexander Banks_, Personally appeared to me known to be living man described in and who subscribed the forgoing instrument and acknowledged before me that he executed the same on his freewill act and deed.

Notary

EAB233-67JG                    Page 2 of 2                    Bona Fide Judgment

CFN # 110495068
OR BK 48446 Pages 723 - 728
RECORDED 01/13/12 09:30:45 AM
BROWARD COUNTY COMMISSION
DEPUTY CLERK 1922
#1, 6 Pages

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Eddie-Alexander:   ,Court of Record (954) 822-5539

**B. SEND ACKNOWLEDGEMENT TO:**
Name   Eddie-Alexander: Banks

Address: In care of: General Delivery
Fort Lauderdale, Florida
a State republic near [33310]
Non-Domestic, without the United States

FLORIDA SECURED TRANSACTION REGISTRY

# FILED

## 2012 Jan 05 AM 11:36

**** 201205950182 ****

***C * 1212113314600135.00***35.00***

201205950182

Filing Date 01/05/2012 11:36 AM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) –** Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SHENANDOAH GENERAL CONSTRUCTION COMPANY | | | |

| 1.b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1.c MAILING ADDRESS Line One | | | | | |
|---|---|---|---|---|---|
| 1888 NW 22nd Street | This space not available. | | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | Pompano | FL | 33069 | USA |

| 1.d TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1.e TYPE OF ORGANIZATION | 1.f JURISDICTION OF ORGANIZATION | 1.g ORGANIZATIONAL ID# |
|---|---|---|---|---|
| 59-1707673 | | | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) –** Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2.b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

| 2.d TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2.e TYPE OF ORGANIZATION | 2.f JURISDICTION OF ORGANIZATION | 2.g ORGANIZATIONAL ID# |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME   (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR3b)**

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 3.b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Banks | Eddie- | Alexander: | |

| 3.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| C/O General Delivery | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | Fort Lauderdale | Fl. | [33310] | uSA |

**4. This FINANCING STATEMENT** covers the following collateral:

Now comes Eddie-Alexander: , Administrator/Executor/Director caused to be moved wherein sealed by Nihil-Default Judgment CFN110413109 and Affidavit of certificate of Non Response CRN110253253 pg 409. All of the debtor's assets, land, and personal property, and all of debtor's interest in assets, land, and personal property now owed and hereby acquired, now existing and hereafter, and wherever located, described fully in Security Agreement No.S201109.2/CFN110253253 pg405 dated Ninth month the second day in the year of our Lord Two Thousand Eleven. Inquiring Parties may consult directly with debtor for ascertaining, in detail, The Financial relationship and contractual obligation associated with this commercial transaction, identified in the security agreement referenced above. Adjustment filing is in accord with UCC1-103,1-104, and HJR-192 of June 5, 1933 [...]. Secured Party accepts Debtor's signature in accord with UCC1-201(39), 3-401. Not only are Debtor's in Default they are in complete agreement with the sum certain amount of $10,000,000.00 claimed. They have forfeited and have no right to come back with a claim because there is no disagreement. Where there is no controversy there is no case. This is a perfected claim and thus Non-reviewable in any court of contract. Writ of Execution to be issued. So we have said, so let it be written , so let it be done. Without recourse.

**5. ALTERNATE DESIGNATION (if applicable)**

☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ AG. LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

CFN # 110461549, OR BK 1405 Page 583, Page 1 of 2, Recorded 12/28/2011 at 12:58 PM, Broward County Commission, Deputy Clerk 2115

This Free will act and Deed:
Precept Writ of Mandamus CFN110360953/BK48283, PG1290-3

JUDGMENT CREDITOR: (934)822-5539
Eddie-Alexander: Banks,
c/o General Delivery
Fort Lauderdale, Florida
State a republic near [33310]
Non-Domestic without the United States

Court of Record:
Broward County Commissioner
115 S. Andrews Ave., Room 114
Fort Lauderdale, Fl. 33301
www.broward.org/records



Eddie-Alexander: Banks,
     Libellant

    VS.

SHENANDOAH GENERAL CONSTRUCTION COMPANY;

Margaret Lary;

Daniel J. Dimura

     Libellee

Agreement No. 701010600000592890
CFN No. 110413109

## WRIT OF FIERI FACIAS

To the Coroner, Sheriff or any Marshal or Constable of the County of:
You are hereby commanded to seize and sell the Judgment debtor(s) property to satisfy the money judgment stated herein.

You are directed to enforce the judgment prescribed below with daily interest and your cost prescribed by law.

To any registered process server: You are authorized to serve this writ as prescribe by Law.

Eddie-Alexander: Banks, Judgment Creditor whose address is shown on this writ above.

**Judgment debtor(s):**
**SHENANDOAH GENERAL**
**CONSTRUCTION INC.**
**1888 nw 22ND Street**
**Pompano Beach, FL 33069**

**Margaret Lary**
**7166 NW 49th Court**
**Lauderhill, FL 33319**

**Daniel J. Dimura**
**2231 N Conference Dr.**
**Boca Raton, FL 33486**

Total Judgment.......................... $10,000,000.00xx
Cost after judgment .................$
Subtotal...............................$ _____
Credits.................................$
Sub total..............................$ _____
Fee for issuing writ...............$
**Total**...............................$ _____
Levying officer........................$
  (a)  Add daily interest from date of writ
     (at the legal rate) of.........$

Judgment entered 12/06/2011 CRN#110413109

(Acknowledgement)
This writ is my freewill act and deed done under hand and seal.

Issued on(date): 12-28-2011

Christian name         SURNAME
Eddie-Alexander:

Writ of Execution                 EAB75521 097    ②

| Default Judgment: Conditional Acceptance-request proof of claim on tax liability And as Monetary conditions and discharge-ability. | Agreement No. 701010600000592890 |
|---|---|

Notice of Sale has been requested by:
Eddie-Alexander: Banks,
c/o General Delivery
Fort Lauderdale, Florida
State a republic near [33310]
Non-Domestic without the United States

### EXPRESS SPECIFIC RESERVATION OF RIGHTS:

*I explicitly reserve all my Natural rights as an American under contract Law of the Divine Creator without prejudice and, without recourse to me. I do not consent to compelled performance under any contract that I did not enter knowingly, voluntarily and intentionally. I do not accept the liability of the benefits or privileges of any unrevealed contract or commercial agreement. Failure to settle this claim within the designated time as described herein will be default and the perfecting of this commercial claim. Default will result in the arrest of any and all blanket bonds, public hazard bonds, insurance policies, 801k funds, CAFRA funds, or any other sources of property and/or revenue, as needed to satisfy this commercial claim. All Libellee's are collectively and severally liable, liable under Color of Law, and as provided under the provisions of Respondent Superior.*

*Certification of Acknowledgement*

State of FLORIDA,      )
                      )      SS:
County of Broward    )

On the 28th day of December 2011, before me the subscriber, Eddie-Alexander: Banks, Personally appeared to me known to be living man described in and who subscribed the forgoing instrument and acknowledged before me that he executed the same on this freewill act and deed.

by _____, Notary

Commission Expires: June 28th, 2015

SARAH THOMAS-COLEMAN
Notary Public - State of Florida
My Comm. Expires Jun 23, 2015
Commission # EE 105995

=================================================

Private Exemption
Funds to facilitate Levy
Bonded and Pre-paid
by:_____

Writ of Execution                      EAB75521 097

7005 1820 0002 4117 0095

CFN # 110413110
OR BK 48347 Pages 888 - 888
RECORDED 12/06/11 03:09:00 PM
BROWARD COUNTY COMMISSION
DEPUTY CLERK 3265
#2, 1 Pages



| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD 46 CFR 67.250 | NOTICE OF CLAIM OF MARITIME LIEN RE 501 329 701 US | RECORDED |
| --- | --- | --- |
| | | PORT |
| | | BOOK |
| | | PAGE |
| | | BY |

| 1. NAME OF VESSEL | 2. UNIQUE IDENTFIER |
| --- | --- |
| SHENANDOAH GENERAL CONSTRUCTION COMPANY INC. | EIN 59-1707673 |

3. INSTRUMENT TYPE:

CONDITIONAL ACCEPTENCE-REQUEST FOR PROOF OF CLAIM ON TAX LIABILTY AND AS MONETARY CONDITIONS AND DISCHARGABILTY Agreement #7010 1060 0000 5955 2890

4. NAME AND ADDRESS OF ADDRESS OF OWNER OF VESSEL

Daniel J Dimura, Agent
1888 NW 22nd St.
Pompano Beach Fl. 33069

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENT                     **100%**     (100% UNLESS OTHERWISE STATED)

5. NAME AND ADDRESS OF CLAIMANT

Eddie-Alexander: Banks
c/o General Delivery
Non-Domestic
Ft. Lauderdale Florida
[33310]

PERCENTAGE OF VESSEL MORGAGED OR MORTGAGE ASSIGNED                     **100%**     (100% UNLESS OTHERWISE STATED)

| 6. AMOUNT | 7. |
| --- | --- |
| **$10,000,000.00 PLUS INTREST, PENALTIES, AND FEES** | ALL PROPERTY, INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, CERTIFICATES OF DEPOSIT (CD'S), RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS OF ANY TYPE, SECURITIES, CASH ON HAND, JEWELRY, HOUSE(S), LANDS, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIRCRAFT, WATERCRAFT, HOUSEHOLD GOODS, RIFLE(S), GUN(S), AMMUNITION, COIN COLLECTIONS , ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, ALL REVENUE STREAMS AND SOURCES  OF INCOME, FROM ANY SOURCE, FARMS EQUIPMENT, FARM SUPPLIES, HEAVY EQUIPMENT, CORPS, FARM ANIMALS, MACHINERY, TOOLS BUILDINGS, STRUCTURES, OFFICE EQUIPMENT AND SUPPLIES ALL CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, INTELLECTUAL, PROPERTIES, PATENTS, INVENTIONS, OR ANY OTHER THING OF VALUE AS NEEDED TO SATISFY THIS CLAIM... |

8. CERTIFICATION AND ATTESTATION

    I  (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE)  UNDERSTAND THAT THE U.S. COAT GUARD WILL RELY ON THOSE RECITATION INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIEFIED BY U.S. MAIL.

_____  Claimant
Signature of Claimant

STATE: FLORIDA

COUNTY: Broward

SUBCRIBED AND SWORN ON THE ___27___ day _____ of ___October___ , AD 2011

NOTARY PUBLIC-STATE OF FLORIDA
Marjee Nathaniel
Commission #DD768116
Expires: MAR. 12, 2012
BONDED THRU ATLANTIC BONDING CO, INC.

NOTARY PUBLIC _____

MY COMMISSION EXPIRES: _____

①

CFN # 184191111
OR BK 48347  Pages 889 - 889
RECORDED 12/06/11 03:09:00 PM
BROWARD COUNTY COMMISSION
DEPUTY CLERK 3265
#3, 1 Pages

**REGISTERED MAIL ™**
UNITED STATES POSTAL SERVICE®

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD 46 CFR 67.250 | NOTICE OF CLAIM OF MARITIME LIEN RE 501 329 701 US USA"1 |
|---|---|

THIS NOT FOR RECORDS USE ONLY

| 1 NAME OF VESSEL | 2 UNIQUE IDENTIFIER | |
|---|---|---|
| MARGARET LARY | {unknown} | RECORDED |
| | | PORT |

3 INSTUMENT TYPE

CONDITIONAL ACCEPTANCE-REQUEST FOR PROOF OF CLAIM ON TAX LIABILTY AND AS MONETARY CONDITIONS AND DISCHARGABILTY Agreement #7010 1060 0000 5955 2890

BOOK
PAGE
BY

4 NAME AND ADDRESS OF ADDRESS OF OWNER OF VESSEL

Margaret Lary
7166 NW 49th Court
Lauderhill,  Florida 33486

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENT                100%      (100% UNLESS OTHERWISE STATED)

5 NAME AND ADDRESS OF CLAIMANT

Eddie-Alexander: Banks
c/o General Delivery
Non-Domestic
Ft. Lauderdale Florida
[33310]

PERCENTAGE OF VESSEL MORGAGED OR MORTGAGE ASSIGNED                100%      (100% UNLESS OTHERWISE STATED)

| 6 AMOUNT | 7. |
|---|---|
| **$10,000,000.00 PLUS INTREST, PENALTIES, AND FEES** | ALL PROPERTY, INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, CERTIFICATES OF DEPOSIT (CD'S), RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS OF ANY TYPE, SECURITIES, CASH ON HAND, JEWELRY, HOUSE(S), LANDS, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIR-CRAFT, WATERCRAFT, HOUSEHOLD GOODS, RIFLE(S), GUN(S), AMMUNITION, COIN COLLECTIONS , ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, ALL REVENUE STREAMS AND SOURCES  OF INCOME, FROM ANY SOURCE, FARMS EQUIPMENT, FARM SUPPLIES, HEAVY EQUIPMENT, CORPS, FARM ANIMALS, MACHINERY, TOOLS BUILDINGS, STRUCTURES, OFFICE EQUIPMENT AND SUPPLIES ALL CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, INTELLEC-TUAL, PROPERTIES, PATENTS, INVENTIONS, OR ANY OTHER THING OF VALUE AS NEEDED TO SATISFY THIS CLAIM... |

8. CERTIFICATION AND ATTESTATION:

I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAT GUARD WILL RELY ON THOSE RECITATION IN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDED MARITIME LIENHOLDERS HAVE BEEN NOTIFIEFIED BY U.S. MAIL.

_____ Claimant
Signature of Claimant

STATE: FLORIDA

COUNTY: Broward

SUBCRIBED AND SWORN ON THE 27 day _____ of October_____, AD 2011

NOTARY PUBLIC STATE OF FLORIDA
Marjee Nathaniel
Commission # DD768116
Expires:  MAR. 12, 2012
BONDED THRU ATLANTIC BONDING CO, INC.

NOTARY PUBLIC

MY COMMISSION EXPIRES: _____

| DANIEL J DIMURA | {unknown} | USA *1 | RECORDED |
|---|---|---|---|
| | | | PORT |

3. INSTRUMENT TYPE:

**CONDITIONAL ACCEPTENCE-REQUEST FOR PROOF OF CLAIM ON TAX LIABILTY AND AS MONETARY CONDITIONS AND DISCHARGABILTY Agreement #7010 1060 0000 5955 2890**

| | BOOK |
|---|---|
| | PAGE |
| | BY |

4. NAME AND ADDRESS OF ADDRESS OF OWNER OF VESSEL

**Daniel J Dimura
2231 N Conference Dr.
Boca Raton, Florida 33486**

INTEREST OWNED IN VESSEL AFFECTED BY ATTACHED INSTRUMENT               **100%**     (100% UNLESS OTHERWISE STATED)

5. NAME AND ADDRESS OF CLAIMANT

**Eddie-Alexander: Banks
c/o General Delivery
Non-Domestic
Ft. Lauderdale Florida
[33310]**

PERCENTAGE OF VESSEL MORGAGED OR MORTGAGE ASSIGNED               **100%**     (100% UNLESS OTHERWISE STATED)

6. AMOUNT

**$10,000,000.00
PLUS INTREST,
PENALTIES, AND FEES**

7.

ALL PROPERTY, INCLUDING BUT NOT LIMITED TO: ALL BANK ACCOUNTS, SAFETY DEPOSIT BOXES, CERTIFICATES OF DEPOSIT (CD'S), RETIREMENT FUNDS, 801K'S, 401K'S, REAL ESTATE, STOCKS, BONDS OF ANY TYPE, SECURITIES, CASH ON HAND, JEWELRY, HOUSE(S), LANDS, MOTOR VEHICLES, AUTOMOBILES, MOTORHOMES, AIR-CRAFT, WATERCRAFT, HOUSEHOLD GOODS, RIFLE(S), GUN(S), AMMUNITION, COIN COLLECTIONS , ALL COLLECTIBLE ITEMS, INSURANCE POLICIES, CREDIT CARDS, LINES OF CREDIT, ALL REVENUE STREAMS AND SOURCES   OF INCOME, FROM ANY SOURCE, FARMS EQUIPMENT, FARM SUPPLIES, HEAVY EQUIPMENT, CORPS, FARM ANIMALS, MACHINERY, TOOLS BUILDINGS, STRUCTURES, OFFICE EQUIPMENT AND SUPPLIES ALL CORPORATE ASSETS, WATER RIGHTS, MINERAL RIGHTS, INTELLEC-TUAL, PROPERTIES, PATENTS, INVENTIONS, OR ANY OTHER THING OF VALUE AS NEEDED TO SATISFY THIS CLAIM...

8. CERTIFICATION AND ATTESTATION:

    I   (WE)  HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARETRUE AND CORRECT. I (WE)  UNDERSTAND THAT THE U.S. COAT GUARD WILL RELY ON THOSE RECITATIONIN INDEXING THE ATTACHED INSTRUMENTS. THE OWNER AND ALL RECORDEDMARITIME LIENHOLDERS HAVE BEEN NOTIFIEFIED BY U.S. MAIL.

_Eddie Alexander Banks_               Claimant
Signature of Claimant

STATE: FLORIDA

COUNTY: Broward

SUBCRIBED AND SWORN ON THE _31_ day _____ of _October_ , AD 2011

NOTARY PUBLIC-STATE OF FLORIDA
Marjee Nathaniel
Commission #DD768116
Expires:  MAR. 12, 2012
BONDED THRU ATLANTIC BONDING CO, INC.

NOTARY PUBLIC

MY COMMISSION EXPIRES: _____