UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60245-Civ-WILLIAMS

EDDIE ALEXANDER BANKS,

    Plaintiff,

vs.

SHENANDOAH GENERAL
CONSTRUCTION CO.,
MARGARET LARY, and
DANIEL J. DIMURA,

    Defendants.
_____/

## ORDER DISMISSING CASE

This MATTER is before the Court *sua sponte* upon review of the Plaintiff's Complaint. [D.E. 1]. Plaintiff moved to proceed in forma pauperis. [D.E. 3]. Under 28 U.S.C. § 1915(e)(2)(B)(i), a court "shall dismiss the in forma pauperis action at any time if the court determines that . . . the action . . . is frivolous or malicious." The Supreme Court has held that a complaint is frivolous "where it lacks an arguable basis in law or in fact." *Neizke v. Williams*, 490 U.S. 319, 325 (1989)(discussing dismissal of claims under former § 1915(d), which contained the same language as the current § 1915(e)(2)(B)(i)). A court may properly dismiss such claims when they rest on an unquestionably meritless legal theory or are comprised of clearly baseless factual contentions. *Id.* at 325, 327 (the term frivolous "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation."). *Pro se* pleadings are to be held to

1

a less stringent standard and liberally construed. *Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998). Even liberally construed, however, Plaintiff's Complaint fails to state a claim upon which relief can be granted and is, in fact, frivolous. Plaintiff's Complaint is difficult to comprehend, but appears to be made up of maritime lien documents, in which he alleges that Shenendoah Construction Company owes him $10,000,000 under a maritime lien. The underlying claim for his lien seems to be that he was improperly fired for refusing to tunnel under a home without being paid additional money. The Court cannot discern any factual or legal basis for Plaintiff's claim to go forward in federal court.

Plaintiff's Complaint is therefore **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** the case. All pending motions, if any, are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 9th day of February, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE