From The Administrator:

*Eddie-Alexander:*

*Equality under the law is paramount ~~and mandatory law~~.*   "Cogito ergo sum"   *Banks* ™©®

Administrator: **Eddie-Alexander: Banks**
*Service by and respond to:*
**c/o General Delivery
Fort Lauderdale, Florida
State a republic near [33310]
Non-domestics without the United States**

NOTICE-ACCEPT-FOR THE CONSTITUTION-THE OATH OF OFFICE

12-CV-60245-WILLIAMS/SELTZER

Respondent: In Rebus

*Take Notice*: All Judges & District Judges & district Magistrates &-OFFICE OF THE D.A. & All honorable Judges of the United States District Courts & All clerks & prothonotaries & County & State judges & employees of Florida & all local authorities &police officers.

**Point of Law**

~All contracts commence with an offer and only become binding upon acceptance. See: "Contracts" by Wadsworth, third edition, sec.3.3,   pages 112, 113.

> The Constitutions of the United States and of the State of FLORIDA and the Oath of Office of the named PUBLIC SERVANT as your open and binding offer of promise to form a firm and binding contract between the respective governments, their political instrumentalities and the above named PUBLIC SERVANT and in my private competent capacity.

~22 CFR 92.12-92.31 FR Heading "Foreign Relationship" states that an oath is required to take office.

I reasonably require that, as PUBLIC SERVANT(S), you produce your promissory oath of office which permits you to lawful act with authority to perform all of your promises and stay within the limitations of your constitutions, create and proceed with no unfounded plains or presumptions or quasi contracts or quasi in rem action, seek only the truth of the facts and tell the truth at all times and respect and protect my secured right of contract, personal liberty and private property and all rights antecedent.

The forgoing ~Notice-claim-accept-the-Constitutions-with-Oath-Office~ made explicit without recourse and now constitutes a binding contract and a violation of substantive due process.

VERIFICATION
Acknowledgement

I Eddie-Alexander of the natural genealogy of: Banks declares that this is factual in accordance with the laws of the      laws of the United States of America that the forgoing is true, correct and complete to the best of my knowledge and belief.

Autograph _Eddie-Alexander Banks_
Eddie-Alexander: Banks, Administrator
Secured Party Creditor

*Certificate of Acknowledgement*
Witness _Victoria Banks_
Witness _____

4                 THIS INSTRUMENT IS NON-NEGOTIABLE

Mailing C/O: General Deliver, Ft. Lauderdale Florida, Non-Domestic near[33313]