

From The Administrator:

*Eddie-Alexander:*
*Equality under the law is paramount and mandatory law.*   "Cogito ergo sum"   *Banks* ™©®

**Foreign entity nation state:**
Full Faith and Credit verified
www.broward.org/recoreds
CFN:110495068



UNITED STATES DISTRICT COURT
For the Southern District of Florida

-----------------------------------------------------------------------

   Eddie of the Family of Banks
                    Plaintiff,

   vs.

SHENANDOAH GENERAL CONSTRUCTION CO.,
MARGARET A. LARY,                                    Court File No. 12-CV-60245-WILLIAMS/SELTZER
DANIEL J. DIMURA,

                    Defendant,


NOTICE TO MASTER IS NOTICE TO SERVANT
NOTIOCE TO SERVANT IS NOTIC TO MASTER
ALL SERVICE IS GOOD SERVICE

SUMMONS

-----------------------------------------------------------------------

Eddie of the family of Banks TO THE ABOVE-NAMED DEFENDANT:


You are hereby summoned and required to serve upon the undersigned an Answer to the Complaint, which is herein served upon you within twenty (20) days of service of said Complaint, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you in the amount demanded in the Complaint.


Dated: February 15th 2012

                                        Eddie of the family of Banks
                                        **Eddie-Alexander: Banks**
                                        *Service by and respond to:*
                                        **c/o General Delivery**
                                        **Fort Lauderdale, Florida**
                                        **State a republic near [33310]**
                                        **Non-domestics without the United States**

Certificate of Service Attached

SCANNED

Filed by DL 2012 FEB 15 AM 10:2[?]  CLERK U.S. DIST. CT. S.D. OF FLA.-FTL

From The Administrator:



*Eddie-Alexander:*

*Equality under the law is paramount and mandatory law.*   "Cogito ergo sum"  *Banks* ™©®

**Foreign entity nation state:**
Full Faith and Credit verified
www.broward.org/recoreds
CFN:110495068

### CERTIFICATE OF SERVICE

I **Eddie of the family of Banks, of the Pangaea, of the Household of Banks, and Befriend of the same (or any variation thereof is always to refer to the Administrator)** with clean hands, and good faith offer this service and certify in truth that ~DATE **15th** DAY~ **WEDNESDAY** MONTH~ **FEBRUARY** YEAR~ **2012** a true and correct copy of the attached SUMMONS was sent to the defendants by way of U.S.P.S. First-Class mail to the ports listed below in dry dock.

(1) SHENANDOAH GENERAL CONSTRUCTION INC.
1888 nw 22ND Street
Pompano Beach, FL 33069

(2) Margaret Lary
7166 NW 49th Court
Lauderhill, FL 33319

(3) Daniel J. Dimura
2231 N Conference Dr.
Boca Raton, FL 33486

**Certificate of Acknowledgement**
Witness _____
Witness _____


