

From The Administrator

*Eddie Alexander,*

*Equality under the law is paramount and mandatory...* "Cogito ergo sum" Banks ™©®

**Foreign entity nation state:**
Full Faith and Credit verified
www.broward.org/recoreds
CFN:110495068

UNITED SATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.12-60245-Civ-WILLIAMS

Eddie of the Family of Banks
    Administrator, Judgment Creditor

Vs.

CFN # 110559610
OR BK 48519 Pages 1182 - 1182
RECORDED 02/16/12 03:20:31 PM
BROWARD COUNTY COMMISSION
DEPUTY CLERK 1037
#1, 1 Pages

SHENANDOAH GENERAL CONSTRUCTION Co.,
MARGRET LARY, AND DANIEL J. DIMURA

### OREDER DISMISSING CASE IS DENIED

This matter is not before this court sua sponte. It is not a complaint but an action to enforce the judgment of this Foreign nation state sovereign. This matter is before this court as a test of the ministerial capacity to make a determination of the facts as it relates to full faith and credit of the public record and the free will act and deeds of this self-ware human being. A NOTICE-ACCEPTANCE-FOR THE CONSTITUTION-THE OATH OF OFFICE was filed FEB 15, 2012. I am wondering if you will honor the requirement pursuant to 22 CFR 92.12-92.31 FR Heading "Foreign relationship" states that an oath is required to take office. Proof of this oath has not been provided which grants your authority to DISMISS anything.

A theory shall tested. The judgment creditor has dispatched a SUMMONS to answer. If you have dispatched word facilitating the ongoing non-response of the said foreign judgment please furnish this Judgment Creditor with a copy.

Your are to take note of the Writ of Mandamus filed in the public recorded CFN and act accordingly. So I have said, So I have written so let it be done of the honorable public servant without plains and presumptions.

_____ (L.S.)
Eddie of the Family of Banks, Administrator

Free will act and DEEDs (954)822-5539

Mailing C/O: General Deliver, Ft. Lauderdale Florida, Non-Domestic near [33310]

All rights reserved at all time, without recourse _____. Copyright ©1973/2011.TradeMark®™ 2011

EAB2012[0543]00