

From The Administrator:

*Eddie-Alexander:* **Banks** ™©

*Equality under the law is paramount and mandatory law.*   "Cogito ergo sum"



*Foreign entity nation state:*
Full Faith and Credit verified
www.broward.org/recoreds
CFN:110495068

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Administrator/Agent:   **Eddie-Alexander: Banks**
*Service by and respond to:*
c/o General Delivery
Fort Lauderdale, Florida
State a republic near [33310]
Non-domestics without the United States

Case No.12-60245-Civ-WILLIAMS

FILED 2012 FEB 17 AM 9:53

KATHLEEN M. WILLIAMS UNITED STATES DISTRICT JUDGE

You cannot be this dismissive of operations and matters of law in the interest of justice. I have over 160 pages of evidence. What benefit do you hope to gain by the obstruction of my redress of grievance? Do you only stand as protector of the wealthy and not justice for those who seek it. You have blatantly denied the conduct of legal proceedings according to established rules and principles for the protection and enforcement of private rights, including notice and right to a fair hearing before a tribunal with power to act on the facts set before it. As I am a private self-aware sentient human being I am fully aware of the many traverse related to this matter. How can you be so (you choose the word) I have acted in good faith and with cleans hands. The entire legal/commercial process today is a game, the essential rule of which is: "Whoever dishonors first loses." Why is it you that hold power traverse against me and my lawful redress? I ask you were you when the libellees were stealing from my estate, where were you when they compelled actions that almost cost me my life? "No one who dishonors can be assured of prevailing or be granted relief." I have had Attorney's at the Broward County commissioners office reclassify my filing to hid them from public searches. I have had the clerk of this court refuse to register my foreign judgment stating he does not recognize the private filings of the public record. How can this corrupt thing be. I have taken full responsibility for my action by applying my unlimited liability commercial oath. If I am wrong then I desire the full punishment of the law, but to be locked out and be compelled to file in the form of complaint and re-litigation is an egregious miscarriage of justice. My private administrative process has operated as follows:

1. Use of affidavits and assertions notarized.
2. I have had my notary send my advisories my notices in the private capacity to all parties.
3. Adhering to the Maxim of law I have satisfied the burden of proof for my claim. They initiated the matter and have demanded something from me not the reverse. Therefore in my Private Administrative Process the burden of proof concerning the validity of their assertions rest with them, not me.
4. I have Invoked the principle of acquiescence by silence, i.e., by the terms and conditions of the interchange, their failure to prove their claim within the time frame allowed to prove their claims constitutes their stipulation

Last will act and DEEDs (954)822-5539   Mailing C/O: General Delivery, Ft. Lauderdale Florida, Non-Domestic near [33310]
All rights reserved at all time, without recourse. Copyright ©1973-2011 TradeMark ™ 2011
EAB2012/0544/00

(agreement) that my position is true, correct, and complete in entirety and they are devoid of proof of claim for anything they've alleged against me.

a) I am the creditor and not a debtor concerning the transaction;
b) There is no evidence that they are the creditor;
c) They owe me, and I can and have billed them for, the sum-certain amount set forth in the paperwork;
d) They have failed to state a claim upon which relief can be granted;
e) Any and all proceeding against me has constituted a libel on the public record authorizing the filing of a libel of review in the (general) admiralty against all parties in their private capacity, devoid of official immunity;
f) They and all others are hereafter forever estopped from raising the issue, contesting the stipulations, or proceeding against you in any way concerning what has been finalized.

I have completed my administrative judgment with the appropriate Recorder, and thereafter recorded a copy of the filed judgment on a UCC-1.

My notary constituted as a third-party, disinterested witness. As my notary is an agent of the State and the court, having entered the public side with my private information, my position appears on the public record.

My actions in this court constitute self-validating proof, based on the public record that has been established, that any and all involved parties — their actions are inequitably and with unclean hands. I have initiated court proceedings asserted against my adversities and you as the judge should only have one course of action based on the record.

I have consummated a Private Administrative Process, all manner of remedies and recourses should exist for me that formerly did not and could not. These include, criminal affidavits, maritime liens, and other remedies.

I observed that it took you less than 6 hours to DISMISS this matter WITHOUT PREJUDICE. I request demand a hearing for the review of facts as merited by due process, equal access, equal protection of the law and the full faith and credit clause to the public acts.

**Certificate of Acknowledgement**

Witness _____

Witness _____