

**Foreign entity nation state:**
**Full Faith and Credit valid**

Executor's Assertion of Legal Right

AFFIDAVIT FILING: CFN#110360953

CRN:# 110495068
OR BK 48446 Pages 724-728
RECORDED 10/13/12 09:30:45 AM
BROWARD COUNTY COMMISSION
DEPUTY CLERK 1922
#1, 6 Pages

DECLARATION OF GOVRENORSHIP. Grantor's Assertion of Legal Right.

**Free will Act and Deed**

EAB # 4117 8633r

Administrator/ Governor's/Grantor's Assertion of Rights
DECLARATION OF EXECUTORSHIP.
Legal Notice and Warning, as this is on and for the public record
Established by a court of record
(UCC 1-103, 308, 415 by reference...)
(reference to secured rights and public-laws listed below as well as common law)
(Declaration to expire as of January 11, 2109 unless renewed by grantor verbally)

Eddie-Alexander: Banks

*ACKNOWLEDGEMENT/AFFIDAVIT*

State of Florida        )
                        )  ss:    Case No. 12-60245-Civ-WILLIAMS
County of Palm Beach    )

APPEARING PERSONALLY BEFORE ME the undersigned Notary, on this ELEVENTH day of JANUARY, year of our Lord two thousand and twelve, having appeared I, The Administrator / Governor/Grantor, Eddie of the family of Banks, of the Pangaea, of the Household of Banks, a living breathing self-aware, sentient Man, not deceased, am the Administrator / Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer of any Trust, Estate, being given a free simple estate of inheritance from the father associated with the Legal-Name, State (Foreign or otherwise) and or corporation (hereinafter referred to as "Grantor"), of the Legal Person , State (Foreign or otherwise) and or corporation of the Legal Person known by, referred to or rendered as EDDIE BANKS™ / EDDIE A BANKS™ / BANKS,EDDIE ALEXANDER™ (or any variation thereof).  The presumption of law is that The Governor  / Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer of any associated Trust, Estate, Legal-Name, State (Foreign or otherwise) and or corporation associated in any manner or form with the Legal Person known by, referred to or rendered as EDDIE ALEXANDER BANKS™/ BANKS, EDDIE A™ (or any variation thereof),    This declaration RECLAIMS WHAT IS RIGHTFUL AND DUE TO THE GRANTOR, AS WELL AS overcomes / extinguishes any presumption of the Grantor has been, is, or was absent, having absentee status, abandonment of any kind and or nature, or has been, is, or was deceased.

I, The Administrator / Governor / Grantor Eddie of the family of Banks, of the Pangaea, is an immortal created in the image of the father here Now is one of his people. Conscious of my trinity of heart, mind and soul; born a child of God now living a man of Divine peace. Under the grace of the creator's and by the creator will I am a Sovran power a tribunal of a court of record as to his respective foreign nation state with exclusive final jurisdiction in all matters concerning my lands and real property, all

contracts, and the unrestricted pursuance of the prosecution of any redress or remedy and all interest in my inheritance of my estate and its affairs.

I, The Administrator / Governor/Grantor, Eddie of the family of Banks, of the Pangaea, of the Household of Banks, a living breathing self-aware, sentient Man, not deceased, having concern for all humanity as the Administrator / Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer of any associated Trust, Estate, Legal-Name, (Foreign or otherwise) and or corporation has established a court of record, respectively and having appeared to the public record as early as the SEVENTH month, SIXTEETH day, in the year of our Lord TWO THOUSAND and FOUR A.D., 12:36pm [July 16, 2004] in the Secretary of State for Maryland State, public record, Acknowledgement No. 1000361990128369.

*Now comes, Eddie* the family of Banks, of the Pangaea, of the Household of Banks, a living breathing self-aware, sentient Man, not deceased, and having concern for humanity in regards to combating the belligerence. As The Administrator / Governor / Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder / Chief Executive Officer of any associated Trust, Estate, being given a free simple estate of inheritance from the father associated with the Legal-Name, State (Foreign or otherwise) and or corporation has established a bona fide court of record respectively and having appeared in the Secretary of state for Florida States commercial registry on or about May 3, 2011, Acknowledgement No. 201104523858 and in the County of Broward Commissioners, Florida State's public record on or about September 6, 2011, Acknowledgement No.110253253. Acknowledgement of this free will act and deed, along with any and all warranty/grant/Deed[s] is a matter of lawful right and should not be trespassed upon! And with acceptance The Administrator / Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer of any Trust, Estate, Legal-Name, State (Foreign or otherwise) and or corporation associated in any manner or form with the Legal Person known by, referred to or rendered as EDDIE BANKS™ / EDDIE A BANKS™ /BANKS,EDDIE ALEXANDER™ (or any variation thereof), and acknowledge the aforementioned, the foregoing, and the attached record in the public realm.

Further there is no law that allows any Human (self-aware or not) to exercise authority over another Human (self-aware or not), and as I, The Grantor make the ultimate Presumption THAT "I the Grantor avow that I The Grantor am a self-aware, conscience, sentient, spiritual being. That I am The Administrator / Executor / Director / Sole Beneficiary / Sole Shareholder / Chief Executive Officer of any associated Trust, Estate, Legal-Name, State (Foreign or otherwise) and or corporation associated in any manner or form with the Legal Person known by, referred to or rendered as EDDIE BANKS™ / EDDIE A BANKS™ / BANKS, EDDIE ALEXANDER™ (or any variation thereof),. That I, The Grantor will <u>never submit to any jurisdiction at any time or in any situation under threat of violence, duress, cohesion, physical and/or mental abuse, or in preservation of the family unit</u> and/or fellow Man (weather self- aware of not) with the best interest at heart Man (a spiritual beings) need and right to preserve Life, Liberty, and the pursuit of happiness of the posterity to which they may not know at the time, as I extend my sovereign immunity to said public officials performing their lawful duties in regards to my business in interest and protection that which may free them, fellow Man from the belligerence without prejudice or hindrance. I accept the promissory oath of all public officers and vows of the clergy to be the servants who by fealty and homage to me bear faith and opposition to all men without save and exception and protect the kings, princes, and people from the belligerence I extend my sovereign immunity to said public officers performing their lawful duties in regards to my business and protection.

My sentient human-rights are never to be trampled, and for each instance as well as offence against my secured rights, a penalty and fee assessment of $20,000.00 will be due at the time of such offense[s]. Because I, The Administrator / Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer of any Trust, Estate, Legal-Name, State (Foreign or otherwise) and or corporation associated in any manner or form with the Legal Person known by, referred to or rendered as EDDIE A BANKS/ BANKS EDDIE A (or any variation thereof), I, The Grantor also declare and affirm total acceptance of the Secured United States Constitutional Rights of the Legal-Person and all protections associated with such rights, and assess the same penalty and fee of $20,000.00 for the violation of such right (each instance and or incident).

I, The Grantor, further avow as well as affirm that all Public servants are just that, Public servants, trustees, fiduciaries.

EAR19/142 78 2255 EAB

The Grantor maintains heretofore, henceforth, hereafter and forever that The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer of any Trust, Estate, Legal-Name, State (Foreign or otherwise) and or corporation associated in any manner or form with the Legal Person known by, referred to or rendered to as EDDIE BANKS /EDDIE A BANKS /  BANKS, EDDIE ALEXANDER (or any variation thereof), welcomes any claims to the contrary, and all and any unsubstantiated claim[s] will be assessed a one million dollar fee for each and every instance and or occurrence.

The Grantor presumes that corporations and courts operate under presumption of law.

The Grantor presumes that statutory law and/or its authority do not apply to The Grantor.

The Grantor presumes that the rules of any non-common law tribunal do not apply to The Grantor.

The Grantor presumes that The Grantor is not bound by any so-called order of any non common law tribunal.
  The Grantor is not a public servant and any claim to the contrary must be proven by payroll records to include The Grantor's alleged public servant title and sworn under the penalty of perjury and under full commercial liability.
  The Grantor claims common law jurisdiction at every moment and all time[s].
The Grantor waives all compelled benefits of every type and kind.
  The Grantor does not waive any rights of the legal person/Legal-Name and or of EDDIE A BANKS™/ BANKS, EDDIE ALEXANDER™ (or any variation thereof) or of The Grantor.
  The Grantor does not surrender any common or human rights in any proceeding or in any manner or time, unless under threat of violence, duress, cohesion, physical and/or mental abuse, or for the preservation of the family unit and/or fellow Man whether (self-aware) or not.
  The Grantor does not nor will ever waive at any time under free will act and deed..
The Grantor does not and will not ever plead to courts of contracts at any time under free will act and deed.
  The Grantor presumes that The Grantor is not bound by any so-called order/ruling/decision of any non-common law tribunal, body, Fiduciary, trustee, servants or otherwise.
  The Grantor presumes that any and all public employee/state employee/federal employee and or servant, officers of any corporation/court can only maintain the role of public servant, Public Trustee/fiduciary.
  The Grantor presumes that ministerial clerks/servants, being public trustees/fiduciary, have no authority over The Grantor or any other self-aware human being.
  The Grantor presumes that all Statutes, ACT'S of congress, Codes and United States Codes are in violation of The Grantor common and human rights and are not applicable to The Administrator / Governor/Grantor/ Executor / Director / Sole Beneficiary/ Sole Shareholder/Chief Executive Officer of any Trust, Estate, Legal-Name, State (Foreign or otherwise) and or corporation associated in any manner or form with the Legal Person known by, referred to or rendered as EDDIE BANKS / BANKS, EDDIE A (or any variation thereof), The Administrator / Governor/Grantor/ Executor / Director has the right to protect and defend the interest of fellow Man (a spiritual beings) need and right to preserve Life, Liberty, and the pursuit of happiness of the posterity to which they may not know at the time, as I extend my sovereign immunity to said public officials performing their lawful duties in regards to my business in interest and protect them from the  vices and snares set before them.
  The Grantor does not waive any rights, and reserves all secured rights, common and human rights and forever asserts The Grantor Rights whatever they may be and that of the legal person BANKS, EDDIE / EDDIE A BANKS /EDDIE ALEXANDER BANKS (or any variation thereof).
   The Grantor does not surrender any common /human rights in any proceeding, discussion, in any venue, or under any circumstances at any time or in any manner unless under duress.
  The Grantor will not and/or ever plead to courts of contracts voluntarily, or otherwise.
  Anyone refuting any of the aforementioned and or the following issues must do so on the public record, in writing, by way of sworn affidavit under penalties of an assessment of $100,000.00 for each issue and occurrence of perjury/false and misleading information, and or unproven misleading statements/assertions.  No other refuting documents will be accepted.  Failure to respond within 21 days will be agreement and estoppels.
  The aforementioned is true and correct, attested to and submitted by The Governor/Grantor/Executor/ Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer, of any Trust, Estate, Legal-Name, State (Foreign or otherwise) and or

corporation of the Legal Person known by, referred to or rendered as EDDIE BANKS / EDDIE A BANKS (or any variation thereof) on this 11TH day of JANUARY, 2012.

**LEGAL NOTICE**: for your benefit and compliance

Both Common and Federal law provides that it is a crime to violate the Rights of a self-aware human being under the color-of-law. You can be arrested and most-likely charged for this crime and can also be held personally liable for violation of secured rights.

Federal Law, Section 7 of Public Law 93-579 provides that: "It shall be unlawful for any Federal, State or local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his social security account number." Federal courts have ruled the Privacy Act applies equally to the private sector.

Caveat: you are in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! The law provides that you can and will be held personally responsible and liable, as well as your company or agency.

There is no law requiring an individual to obtain or use a social security number. Any requirement and/or demand that I, The Grantor provide a social security number is in violation of one or more of the following laws:

4 CFR 83.9; 5 USC Sec. 552a; 7 CFR 1.123; 7 USC Sec. 2204g; 14 CFR 1212.604; 17 CFR 249.501a; 19 CFR 118.11; 19 CFR 122.25; 19 CFR 24.5; 24 CFR 5.212; 28 CFR 16.53; 28 CFR 513.31; 28 CFR 700.25; 29 CFR 70a.10; 29 CFR 71.12; 31 CFR 1.32; 31 CFR 501.806; 32 CFR 270.19; 32 CFR 310.20; 32 CFR 311.5; 32 CFR 316.6; 32 CFR 317.20; 32 CFR 323.5; 32 CFR 505.2; 32 CFR 701.108; 32 CFR 806b.9; 38 CFR 1.575; 38 CFR 3.216; 38 USC Sec. 5101; 39 CFR 266.4; 45 CFR Part 801; 47 CFR 0.554; 49 CFR 10.29.

Public Law 93-579, Sect. 7, 88 Stat. 1909 (Dec. 31, 1974)

(a)   "(1) It shall be unlawful for any Federal, State, or local government agency to deny to any individual any right, benefit (like, a passport !) or privilege (like, citizenship, or rights of a Human Being) provided by law because of such 'individual's refusal to disclose his legal-person's social security number'"... (Emphases and reference added).

63C Am.Jur.2d, Public Officers and Employees

**63C Am.Jur.2d, Public Officers and Employees, §247** "As expressed otherwise, the powers delegated to a public officer are held in trust for the people, and are to be exercised on behalf of the government or of all citizens who may need the intervention of the officer.

[1] Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts.

[2] That is, a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves.

[3] and owes a fiduciary duty to the public.

[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.

[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U.S. 372] in the statute.

See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, the judge, in reference to litigants who appear before him and he deliberately concealed material information from them, he was guilty of fraud. McNally v United States 483 U.S.350 (1987).

### 1st Amendment:
Congress shall make no law respecting ... prohibiting ... the right of the people ...to petition the government for a redress of grievances.

### 7th amendment:
In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.

### 9th amendment:
The numeration in the Constitution, of rights, shall not be denied or disparage others retained by the people.

### 10th amendment:
The powers not delegated by the Constitution are reserved to the people.

**11th amendment:**
The Judicial power shall not extend to any lawsuit or equity, or Citizens or Subjects of any Foreign State.

Further there is no law that allows any Human (self-aware or not) to exercise authority over another Human (self-aware or not), and as I The Grantor make the ultimate Presumption "I The Grantor avows that I The Grantor am a self-aware conscience sentient, spiritual being.

**You are put on notice to cease and desist with your demands and or presumptions that are contrary to the established facts outlined by the proof contained herein and to seek personal legal counsel if you do not understand or have a comprehension of actual law.**

### Acknowledgment

I Eddie of the family of Banks, of the land Pangaea, of the Household of Banks, a living breathing self-aware, sentient Man, not deceased, attest and affirm that the aforementioned is true and correct, attested to and submitted by The Governor/Grantor, Eddie-Alexander: Banks, a living breathing self-aware Man, not deceased, WHO IS ALSO The Administrator / Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer of any Trust, Estate, Legal-Name, State (Foreign or otherwise) and or corporation associated in any manner or form with the Legal Person known by, referred to or rendered as EDDIE BANKS / EDDIE A BANKS (or any variation thereof), and that this is my indefeasible title to my land and or property, and that I am the Lawful owner of the aforementioned estate; and it's real property and interest; Under the Official seal of the Nation of a constitutional county or township embedded in document. I further acknowledge that this is my freewill act and Deed to execute my acknowledgement of my acceptance of the trust/real property/estate as well as lawful ownership of the real-property/Estate/Corporation/Trust, be it said, be it documented done in/on/and for the record, in this court of record on this 11th day of JANUARY, 2012 executed this, the a foregoing INSTRUMENT and acknowledged before me and executed the same as his FREE-WILL, ACT AND DEED .

*[signature]*

Eddie of the family of Banks, Administrator/Governor/Grantor/ Executor /
Director/Sole Beneficiary / Sole Shareholder /Chief Executive Officer
**In care:** General Delivery
Ft. Lauderdale, Florida
State a republic near [33310-9999]
Non-Domestic, without the United States

**CERTIFICATE OF ACKNOWLEDGEMENT**

State of Florida       )
                       ) ss:
County of West Palm Beach  )

Subscribed and affirmed before me, Stephanie L. Madrid, Notary Public for said state is Eddie of the family of Banks, of the land Pangaea, of the Household of Banks, a living breathing self-aware, sentient Man, not deceased, am, The Governor/Grantor/ Executor / Director / Sole Beneficiary / Sole Shareholder/Chief Executive Officer of any Trust, Estate, Legal-Name, State (Foreign or otherwise) and or corporation associated in any manner or form with the Legal Person known by, referred to or rendered as EDDIE BANKS/EDDIE ALEXANDER BANKS or (any variation thereof), on this 11th day of JANUARY, 2012.

*[signature]*       07-06-13
Notary Public       My Commission Expires

STEPHANIE L. MADRID
Notary Public - State of Florida
My Comm. Expires Jul 6, 2013
Commission # DD 945214
Bonded Through National Notary Assn.

LEGAL NOTICE for your benefit and compliance

The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512, which is tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.