UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60245-Civ-WILLIAMS

EDDIE ALEXANDER BANKS,

    Plaintiff,

vs.

SHENANDOAH GENERAL
CONSTRUCTION CO.,
MARGARET LARY, and
DANIEL J. DIMURA,

    Defendants.
_____/

## ORDER DENYING MOTION FOR HEARING

This MATTER is before the Court on Plaintiff's Motion for Hearing. [D.E. 8]. Plaintiff's filings with this Court have done nothing to change the Court's analysis laid out in the Order Dismissing Case. [D.E. 4]. Plaintiff's Motion for Hearing is DENIED. This case remains closed.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 17th day of February, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

1